# EXHIBIT A

# FORM 4

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

(Print or Type Responses)

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Expires: | September 30, 1998 |
| Estimated average burden hours per response ....... 0.5 | |

## UNITED STATES SECURITIES AND EXCHANGE COMMISSION
### Washington, D.C. 20549

## STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934, Section 17(a) of the Public Utility Holding Company Act of 1935 or Section 30(f) of the Investment Company Act of 1940

**1. Name and Address of Reporting Person***

Rickey, David M
(Last)      (First)      (Middle)

6290 Sequence Drive
(Street)

San Diego, CA. 92121
(City)      (State)      (Zip)

PHONE: 858-535-3462 FAX: 858-535-3502

**2. Issuer Name and Ticker or Trading Symbol**

Applied Micro Circuits Corp (AMCC)

**3. I.R.S. Identification Number of Reporting Person, if an entity (Voluntary)**

**4. Statement for Month/Year**

April 2002

**5. If Amendment, Date of Original (Month/Year)**

**6. Relationship of Reporting Person(s) to Issuer**
(Check all applicable)

| X | Director | | 10% Owner |
|---|---|---|---|
| X | Officer (give title below) | | Other (specify below) |

COB and CEO
CORPORATE

**7. Individual or Joint/Group Filing (Check Applicable Line)**

X  Form filed by One Reporting Person
☐  Form filed by More than One Reporting Person

## Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned at End of Month (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|
| | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | | | | | | | 5,371 | D | |
| Common Stock | 04/08/02 | M | | 2,821 | A | $2.95313 | | I | by Family Trust |
| Common Stock | 04/08/02 | M | | 10,512 | A | $2.95313 | | I | by Family Trust |
| Common Stock | 04/08/02 | M | | 26,667 | A | $6.48438 | 1,235,567 | I | by Family Trust |
| Common Stock | | | | | | | 7,585 | I | by Spouse |

31651909

RECEIVED
SEC MAIL PROCESSING
MAY 0 3 2002
WASH. D.C. 165

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.   *If the form is filed by more than one reporting person, see Instruction 4(b)(v).
Potential persons who are to respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB control number.

Page 1 of 3 pages    SEC 1474 (7-97)

(Over)

FORM 4 (continued)

## Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned
### (e.g. puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4, and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Underlying Securities (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned at End of Month (Instr. 4) | 10. Ownership Form of Derivative Security: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Incentive Stock Option (right to buy) | $2.95313 | 04/08/02 | M | | | 2,821 | (1) | 03/27/08 | Common Stock | 2,821 | | 0 | D | |
| Non-Qualified Stock Option (right to buy) | $2.95313 | 04/08/02 | M | | | 10,512 | (1) | 03/27/08 | Common Stock | 10,512 | | 0 | D | |
| Non-Qualified Stock Option (right to buy) | $6.48438 | 04/08/02 | M | | | 26,667 | (2) | 04/23/09 | Common Stock | 26,667 | | 320,000 | D | |

Explanation of Responses:

See continuation page(s) for footnotes

s/David M. Rickey                    5/3/02
**Signature of Reporting Person          Date

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations.
   See 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, see Instruction 6 for procedure.

Potential persons who are to respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.

Page 2 of 3 pages

Page 3 of 3 pages

Applied Micro Circuits Corp (AMCC)
April 2002

Rickey, David M
6290 Sequence Drive
San Diego, CA. 92121
PHONE: 858-535-3462 FAX: 858-535-3502

(1)    Option vests in 48 equal monthly installments beginning on April 30, 1998.
(2)    Option vests as to 25% of the shares on March 31, 2000 and 1/48 per month thereafter.

# FORM 4

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

(Print or Type Responses)

UNITED STATES SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

## STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934, Section 17(a) of the Public Utility Holding Company Act of 1935 or Section 30(f) of the Investment Company Act of 1940

OMB APPROVAL

OMB Number:     3235-0287
Expires:  September 30, 1998
Estimated average burden
hours per response ........ 0.5

**1. Name and Address of Reporting Person***

Rickey, David M
(Last)     (First)     (Middle)

6290 Sequence Drive
San Diego, CA, 92121
(Street)

PHONE: 858-535-3462 FAX: 858-535-3502
(City)     (State)     (Zip)

**2. Issuer Name and Ticker or Trading Symbol**

Applied Micro Circuits Corp (AMCC)

**3. I.R.S. Identification Number of Reporting Person, if an entity (Voluntary)**

**4. Statement for Month/Year**

March 2002

**5. If Amendment, Date of Original (Month/Year)**

**6. Relationship of Reporting Person(s) to Issuer** (Check all applicable)

X Director     ___ 10% Owner
X Officer (give title below)     ___ Other (specify below)
COB and CEO
CORPORATE

**7. Individual or Joint/Group Filing (Check Applicable Line)**
X Form filed by One Reporting Person
___ Form filed by More than One Reporting Person

## Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Trans-action Date (Month/Day/Year) | 3. Trans-action Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned at End of Month (Instr. 3 and 4) | 6. Owner-ship Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|
| | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | | | | | | | 5,371 | D | |
| Common Stock | 03/04/02 | M | | 2,821 | A | $2.95313 | | I | by Family Trust |
| Common Stock | 03/04/02 | M | | 10,513 | A | $2.95313 | | I | by Family Trust |
| Common Stock | 03/04/02 | M | | 26,666 | A | $6.48438 | | I | by Family Trust |
| Common Stock | | | | | | | 1,195,567 | I | by Family Trust |
| Common Stock | | | | | | | 7,585 | I | by Spouse |

31632646

APR 05 2002

**Reminder:** Report on a separate line for each class of securities beneficially owned directly or indirectly. *If the form is filed by more than one reporting person, see Instruction 4(b)(v).
Potential persons who are to respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB control number.

FORM 4 (continued)

## Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned
### (e.g. puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4, and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Underlying Securities (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned at End of Month (Instr. 4) | 10. Ownership Form of Derivative Security: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Incentive Stock Option (right to buy) | $2.95313 | 03/04/02 | M | | | 2,821 | (1) | 03/27/08 | Common Stock | 2,821 | | 2,821 | D | |
| Non-Qualified Stock Option (right to buy) | $2.95313 | 03/04/02 | M | | | 10,513 | (1) | 03/27/08 | Common Stock | 10,513 | | 10,512 | D | |
| Non-Qualified Stock Option (right to buy) | $6.48438 | 03/04/02 | M | | | 26,666 | (2) | 04/23/09 | Common Stock | 26,666 | | 346,667 | D | |

Explanation of Responses:

**See continuation page(s) for footnotes**

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations.
*See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

Potential persons who are to respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.

s/David M. Rickey _____    **Signature of Reporting Person

4/4/02 _____    Date

Page 2 of 3 pages

Page 2
SEC 1474 (7-97)

Page 3 of 3 pages

Applied Micro Circuits Corp (AMCC)
March 2002

Rickey, David M
6290 Sequence Drive
San Diego, CA. 92121
PHONE: 858-535-3462 FAX: 858-535-3502

(1)    Option vests in 48 equal monthly installments beginning on April 30, 1998.
(2)    Option vests as to 25% of the shares on March 31, 2000 and 1/48 per month thereafter.

31617342

# FORM 4

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See Instruction 1(b).*

(Print or Type Responses)

**OMB APPROVAL**

| OMB Number: | 3235-0287 |
|---|---|
| Expires: | September 30, 1998 |
| Estimated average burden hours per response ...... 0.5 | |

## UNITED STATES SECURITIES AND EXCHANGE COMMISSION
### Washington, D.C. 20549

## STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934, Section 17(a) of the Public Utility Holding Company Act of 1935 or Section 30(f) of the Investment Company Act of 1940

| 1. Name and Address of Reporting Person* | 2. Issuer Name and Ticker or Trading Symbol | 6. Relationship of Reporting Person(s) to Issuer (Check all applicable) |
|---|---|---|
| **Rickey, David M** (Last) (First) (Middle) | Applied Micro Circuits Corp (AMCC) | X  Director    ___  10% Owner |
| 6290 Sequence Drive | 3. I.R.S. Identification Number of Reporting Person, if an entity (Voluntary) | X  Officer (give title below)    ___  Other (specify below) |
| San Diego, CA. 92121 (Street) | 4. Statement for Month/Year | COB and CEO |
| PHONE: 858-535-3462 FAX: 858-535-3502 | **February 2002** | CORPORATE |
| (City) (State) (Zip) | 5. If Amendment, Date of Original (Month/Year) | 7. Individual or Joint/Group Filing (Check Applicable Line) X  Form filed by One Reporting Person    ___  Form filed by More than One Reporting Person |

## Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned at End of Month (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|
| | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | | | | | | | 5,371 | D | |
| Common Stock | 02/04/02 | M | | 2,820 | A | $2.95313 | | I | by Family Trust |
| Common Stock | 02/04/02 | M | | 10,512 | A | $2.95313 | | I | by Family Trust |
| Common Stock | 02/04/02 | M | | 26,667 | A | $6.48438 | 1,155,567 | I | by Family Trust |
| Common Stock | | | | | | | 7,585 | I | by Spouse |

RECEIVED MAR 1 1 2002 354

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly. *If the form is filed by more than one reporting person, see Instruction 4(b)(v).

Potential persons who are to respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB control number.

Page 1 of 3 pages   SEC 1474 (7-97)   (Over)

FORM 4 (continued)

## Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned
(eg, puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4, and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Underlying Securities (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned at End of Month (Instr. 4) | 10. Ownership Form of Derivative Security: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Incentive Stock Option (right to buy) | $2.95313 | 02/04/02 | M | | | 2,820 | (1) | 03/27/08 | Common Stock | 2,820 | | 5,642 | D | |
| Non-Qualified Stock Option (right to buy) | $2.95313 | 02/04/02 | M | | | 10,512 | (1) | 03/27/08 | Common Stock | 10,512 | | 21,025 | D | |
| Non-Qualified Stock Option (right to buy) | $6.48438 | 02/04/02 | M | | | 26,667 | (2) | 04/23/09 | Common Stock | 26,667 | | 373,333 | D | |

Explanation of Responses:

See continuation page(s) for footnotes

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations.
*See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

Potential persons who are to respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.

S/ David M. Rickey                    3/8/02
**Signature of Reporting Person          Date

Page 2 of 3 pages

Page 2
SEC 1474 (7-97)

Page 3 of 3 pages

Applied Micro Circuits Corp (AMCC)
February 2002

Rickey, David M
6290 Sequence Drive
San Diego, CA. 92121
PHONE: 858-535-3462 FAX: 858-535-3502

(1)    Option vests in 48 equal monthly installments beginning on April 30, 1998.
(2)    Option vests as to 25% of the shares on March 31, 2000 and 1/48 per month thereafter.

31570553

# FORM 4

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See Instruction 1(b).*

(Print or Type Responses)

OMB APPROVAL

| | |
|---|---|
| OMB Number: | 3235-0287 |
| Expires: September 30, 1998 | |
| Estimated average burden hours per response .... 0.5 | |

UNITED STATES SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

## STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934, Section 17(a) of the Public Utility Holding Company Act of 1935 or Section 30(f) of the Investment Company Act of 1940

1. Name and Address of Reporting Person*

**Rickey, David M**
(Last) (First) (Middle)

6290 Sequence Drive
San Diego, CA. 9121
(Street)

PHONE: 858-535-3462 FAX: 858-535-3502

(City) (State) (Zip)

2. Issuer Name and Ticker or Trading Symbol

**Applied Micro Circuits Corp (AMCC)**

3. I.R.S. Identification Number of Reporting Person, if an entity (Voluntary)

4. Statement for Month/Year

**January 2002**

5. If Amendment, Date of Original (Month/Year)

6. Relationship of Reporting Person(s) to Issuer (Check all applicable)

| | | |
|---|---|---|
| X | Director | ___ 10% Owner |
| X | Officer (give title below) | ___ Other (specify below) |
| | COB and CEO | |
| | CORPORATE | |

7. Individual or Joint/Group Filing (Check Applicable Line)

X Form filed by One Reporting Person
___ Form filed by More than One Reporting Person

## Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned at End of Month (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|
| | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | | | | | | | 5,371 | D | |
| Common Stock | 01/07/02 | M | | 2,821 | A | $2.95313 | | I | by Family Trust |
| Common Stock | 01/07/02 | M | | 10,513 | A | $2.95313 | | I | by Family Trust |
| Common Stock | 01/07/02 | M | | 26,667 | A | $6.48438 | 1,115,568 | I | by Family Trust |
| Common Stock | | | | | | | 7,585 | I | by Spouse |

RECEIVED

FEB 08 2002

360

**Reminder:** Report on a separate line for each class of securities beneficially owned directly or indirectly. *If the form is filed by more than one reporting person, *see Instruction 4(b)(v).

Potential persons who are to respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB control number.

Page 1 of 3 pages    SEC 1474 (7-5)

FORM 4 (continued)

## Table II – Derivative Securities Acquired, Disposed of, or Beneficially Owned
### (e.g. puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4, and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Underlying Securities (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned at End of Month (Instr. 4) | 10. Ownership Form of Derivative Security: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Incentive Stock Option (right to buy) | $2.95313 | 01/07/02 | M | | | 2,821 | (1) | 03/27/08 | Common Stock | 2,821 | | 8,462 | D | |
| Non-Qualified Stock Option (right to buy) | $2.95313 | 01/07/02 | M | | | 10,513 | (1) | 03/27/08 | Common Stock | 10,513 | | 31,537 | D | |
| Non-Qualified Stock Option (right to buy) | $6.4843B | 01/07/02 | M | | | 26,667 | (2) | 04/23/09 | Common Stock | 26,667 | | 400,000 | D | |

Explanation of Responses:

See continuation page(s) for footnotes

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations.
*See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed.  If space is insufficient, *see Instruction 6 for procedure.*

Potential persons who are to respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.

_____
**Signature of Reporting Person

_____
Date

Page :

SEC 1474 (7-97)

Rickey, David M
6290 Sequence Drive
San Diego, C.A. 92121
PHONE: 858-535-3462 FAX: 858-535-3502

Applied Micro Circuits Corp (AMCC)
January 2002

Page 3 of 3 pages

(1)    Option vests in 48 equal monthly installments beginning on April 30, 1998.
(2)    Option vests as to 25% of the shares on March 31, 2000 and 1/48 per month thereafter.
–      The end of period holdings includes 1,461 shares acquired under the AMCC 1998 Employee Stock Purchase Plan in January of 2002.

# FORM 4

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. See Instruction 1(b).

(Print or Type Responses)

UNITED STATES SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

## STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934, Section 17(a) of the Public Utility
Holding Company Act of 1935 or Section 30(f) of the Investment Company Act of 1940

OMB APPROVAL

OMB Number: 3235-0287
Expires: September 30, 1998
Estimated average burden
hours per response ..... 0.5

**1. Name and Address of Reporting Person***

Rickey, David M
(Last) (First) (Middle)
6290 Sequence Drive
(Street)
San Diego, CA. 92121
(City) (State) (Zip)

PHONE: 858-535-3462 FAX: 858-535-3502

**2. Issuer Name and Ticker or Trading Symbol**

Applied Micro Circuits Corp (AMCC)

**3. I.R.S. Identification Number of Reporting Person, if an entity (Voluntary)**

**4. Statement for Month/Year**

November 2001

**5. If Amendment, Date of Original (Month/Year)**

December 2001

**6. Relationship of Reporting Person(s) to Issuer (Check all applicable)**

| X | Director | | 10% Owner |
| X | Officer (give title below) | | Other (specify below) |

COB and CEO
CORPORATE

**7. Individual or Joint/Group Filing (Check Applicable Line)**
X Form filed by One Reporting Person
☐ Form filed by More than One Reporting Person

31553602

## Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned at End of Month (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|
| | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | | | | | | | 5,371 | D | |
| Common Stock | 11/12/01 | M | | 5,642 | A | $2.95313 | | I | by Family Trust |
| Common Stock | 11/12/01 | M | | 21,025 | A | $2.95313 | | I | by Family Trust |
| Common Stock | 11/12/01 | M | | 53,334 | A | $6.48438 | | I | by Family Trust |
| Common Stock | 11/30/01 | J (1) | | 301 | A | | 1,034,107 | I | by Family Trust |
| Common Stock | | | | | | | 7,595 | I | by Spouse |

PROCESSED
JAN 16 2002
THOMSON FINANCIAL

Page 1 of 3 pages

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly. *If the form is filed by more than one reporting person, see Instruction 4(b)(v).
Potential persons who are to respond to the collection of information contained in this form are not required to respond unless this form displays a currently valid OMB control number.

(Over)
(7-97)

FORM 4 (continued)

## Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned
### (e.g. puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4, and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Underlying Securities (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned at End of Month (Instr. 4) | 10. Ownership Form of Derivative Security: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Incentive Stock Option (right to buy) | $2.95313 | 11/12/01 | M | | | 5,642 | (2) | 03/27/08 | Common Stock | 5,642 | | 14,104 | D | |
| Non-Qualified Stock Option (right to buy) | $2.95313 | 11/12/01 | M | | | 21,025 | (2) | 03/27/08 | Common Stock | 21,025 | | 52,562 | D | |
| Non-Qualified Stock Option (right to buy) | $6.48438 | 11/12/01 | M | | | 53,334 | (3) | 04/23/09 | Common Stock | 53,334 | | 453,333 | D | |
| Non-Qualified Stock Option (right to buy) | $14.62000 | 11/27/01 | D | V | | 400,000 | (4) | 07/11/11 | Common Stock | 400,000 | (5) | 0 | D | |
| Non-Qualified Stock Option (right to buy) | $35.98450 | 11/27/01 | D | V | | 4,000,000 | (4) | 01/19/10 | Common Stock | 4,000,000 | (6) | 0 | D | |
| Non-Qualified Stock Option (right to buy) | $53.87500 | 11/27/01 | D | V | | 800,000 | (4) | 12/21/10 | Common Stock | 800,000 | (7) | 0 | D | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |

Explanation of Responses:

See continuation page(s) for footnotes

_____
**Signature of Reporting Person

Date

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations.
See 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed.  If space is insufficient, see Instruction 6 for procedure.

Potential persons who are to respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.

Page 2 of 3 pages

Page 2
SEC 1474 (7-97)

Rickey, David M
6290 Sequence Drive
Sa____o, CA. 92121
PHONE: 858-535-3462 FAX: 858-535-3502

Applied Micro Circuits Corp (AMCC)
November 2001

Page 3 of 3 pages

(1) Receipt of shares in a pro rata liquidating distribution from Tectonic Fund LP, a limited partnership of which the reporting person was a limited partner. The reporting person did not have or exercise control over the general partner of the limited partnership or investment control over the limited partnership's portfolio transactions.

(2) Option vests in 48 equal monthly installments beginning on April 30, 1998.

(3) Option vests as to 25% of the shares on March 31, 2000 and 1/48 per month thereafter.

(4) The option provided for vesting at 1/48 per month beginning on the date of grant.

(5) On November 27, 2001, the reporting person tendered to the issuer, for cancellation, an option granted to the reporting person on July 11, 2001. In exchange, the reporting person will receive a replacement option on May 28, 2002.

(6) On November 27, 2001, the reporting person tendered to the issuer, for cancellation, an option granted to the reporting person on January 19, 2000. In exchange, the reporting person will receive a replacement option on May 28, 2002.

(7) On November 27, 2001, the reporting person tendered to the issuer, for cancellation, an option granted to the reporting person on December 21, 2000. In exchange, the reporting person will receive a replacement option on May 28, 2002.

| OMB APPROVAL |
| --- |
| OMB Number: 3235-0287 |
| Expires: September 30, 1998 |
| Estimated average burden |
| hours per response . . . . . . 0.5 |

31544722

# FORM 4

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

(Print or Type Responses)

## UNITED STATES SECURITIES AND EXCHANGE COMMISSION
### Washington, D.C. 20549

## STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934, Section 17(a) of the Public Utility Holding Company Act of 1935 or Section 30(f) of the Investment Company Act of 1940

| 1. Name and Address of Reporting Person* | 2. Issuer Name and Ticker or Trading Symbol | 6. Relationship of Reporting Person(s) to Issuer (Check all applicable) |
| --- | --- | --- |
| Rickey, David M | Applied Micro Circuits Corp (AMCC) | |
| (Last) (First) (Middle) | 3. I.R.S. Identification Number of Reporting Person, if an entity (Voluntary) | _X_ Director       ___ 10% Owner |
| 6290 Sequence Drive | 4. Statement for Month/Year | _X_ Officer (give title below)  ___ Other (specify below) |
| San Diego, CA. 92121 | December 2001 | COB and CEO |
| (Street) | 5. If Amendment, Date of Original (Month/Year) | CORPORATE |
| (City) (State) (Zip) | | 7. Individual or Joint/Group Filing (Check Applicable Line) |
| PHONE: 858-535-3462 FAX: 858-535-3502 | | _X_ Form filed by One Reporting Person ___ Form filed by More than One Reporting Person |

### Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned at End of Month (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | | | | | | | 5,371 | D | |
| Common Stock | 12/05/01 | M | | 2,821 | A | $2.95313 | | I | by Family Trust |
| Common Stock | 12/05/01 | M | | 10,512 | A | $2.95313 | | I | by Family Trust |
| Common Stock | 12/05/01 | M | | 26,666 | A | $6.48438 | 1,073,805 | I | by Family Trust |
| Common Stock | | | | | | | 7,585 | I | by Spouse |

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly. *If the form is filed by more than one reporting person, *see* Instruction 4(b)(v).

Potential persons who are to respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB control number.

Page 1 of 3 pages   SEC 1474 (C

FORM 4 (continued)

## Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned
### (e.g. puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4, and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Underlying Securities (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned at End of Month (Instr. 4) | 10. Ownership Form of Derivative Security: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Incentive Stock Option (right to buy) | $2.95313 | 12/05/01 | M | | | 2,821 | (1) | 03/27/08 | Common Stock | 2,821 | | | | |
| Non-Qualified Stock Option (right to buy) | $2.95313 | 12/05/01 | M | | | 10,512 | (1) | 03/27/08 | Common Stock | 10,512 | | 11,283 | D | |
| Non-Qualified Stock Option (right to buy) | $6.48438 | 12/05/01 | M | | | 26,666 | (2) | 04/23/09 | Common Stock | 26,666 | | 42,050 | D | |
| | | | | | | | | | | | | 426,667 | D | |

Explanation of Responses:

**See continuation page(s) for footnotes:**

s/David M. Rickey                    1/9/02

**Signature of Reporting Person                    Date

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations.
See 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, see Instruction 6 for procedure.

Potential persons who are to respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.

**Page 2 of 3 pages**

SEC 1474 (7-9

Page

Applied Micro Circuits Corp (AMCC)
December 2001

Rickey, David M
6290 Sequence Drive
San Diego, CA, 92121
PHONE: 858-535-3462 FAX: 858-535-3502

(1)     Option vests in 48 equal monthly installments beginning on April 30, 1998.
(2)     Option vests as to 25% of the shares on March 31, 2000 and 1/48 per month thereafter.

# FORM 4

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

(Print or Type Responses)

UNITED STATES SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

## STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934, Section 17(a) of the Public Utility Holding Company Act of 1935 or Section 30(f) of the Investment Company Act of 1940

RECEIVED OMB
JAN 16 2002

OMB APPROVAL
OMB Number:    3235-0287
Expires: September 30, 1998
Estimated average burden
hours per response...... 0.5

**1. Name and Address of Reporting Person***

**Rickey, David M**
(Last)        (First)        (Middle)

6290 Sequence Drive
(Street)

San Diego, CA. 92121
(City)        (State)        (Zip)

PHONE: 858-535-3462  FAX: 858-535-3502

**2. Issuer Name and Ticker or Trading Symbol**

Applied Micro Circuits Corp (AMCC)

**4. Statement for Month/Year**

November 2001

**5. If Amendment, Date of Original (Month/Year)**

December 2001

**6. Relationship of Reporting Person(s) to Issuer** (Check all applicable)

| | |
|---|---|
| X Director | 10% Owner |
| X Officer (give title below) | Other (specify below) |

COB and CEO
CORPORATE

**7. Individual or Joint/Group Filing** (Check Applicable Line)

X Form filed by One Reporting Person
☐ Form filed by More than One Reporting Person

## Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned at End of Month (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|
| | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | | | | | | | 5,371 | D | |
| Common Stock | 11/12/01 | M | | 5,642 | A | $2.95313 | | I | by Family Tru... |
| Common Stock | 11/12/01 | M | | 21,025 | A | $2.95313 | | I | by Family Tru... |
| Common Stock | 11/12/01 | M | | 53,334 | A | $6.48438 | | I | by Family Tru... |
| Common Stock | 11/30/01 | J (1) | | 301 | A | | 1,034,107 | I | by Family Tru... |
| Common Stock | | | | | | | 7,585 | I | by Spouse |
| | | | | | | | | | |
| | | | | | | | | | |

**Reminder:** Report on a separate line for each class of securities beneficially owned directly or indirectly.  *If the form is filed by more than one reporting person, *see* Instruction 4(b)(v).
Potential persons who are to respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB control number.

Page 1 of 3 pages    SEC 1474...

31553172

FORM 4 (continued)

## Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned
### (e.g. puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4, and 5) | | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Underlying Securities (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned at End of Month (Instr. 4) | 10. Ownership Form of Derivative Security: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | (A) | (D) | | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Incentive Stock Option (right to buy) | $2.95313 | 11/12/01 | M | | | 5,642 | (2) | | 03/27/08 | Common Stock | 5,642 | | 14,104 | D | |
| Non-Qualified Stock Option (right to buy) | $2.95313 | 11/12/01 | M | | | 21,025 | (2) | | 03/27/08 | Common Stock | 21,025 | | 52,562 | D | |
| Non-Qualified Stock Option (right to buy) | $6.48438 | 11/12/01 | M | | | 53,334 | (3) | | 04/23/09 | Common Stock | 53,334 | | 453,333 | D | |
| Non-Qualified Stock Option (right to buy) | $14.62000 | 11/27/01 | D | V | | 400,000 | (4) | | 07/11/11 | Common Stock | 400,000 | (5) | 0 | D | |
| Non-Qualified Stock Option (right to buy) | $35.98450 | 11/27/01 | D | V | | 4,000,000 | (4) | | 01/19/10 | Common Stock | 4,000,000 | (6) | 0 | D | |
| Non-Qualified Stock Option (right to buy) | $53.87500 | 11/27/01 | D | V | | 800,000 | (4) | | 12/21/10 | Common Stock | 800,000 | (7) | 0 | D | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |

Explanation of Responses:

See continuation page(s) for footnotes

_____       _____
**Signature of Reporting Person      Date

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations. See 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, see Instruction 6 for procedure.

Potential persons who are to respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.

Page
SEC 1474 (7-97)

Rickey, David M
6290 Sequence Drive
San Diego, CA. 92121
PHONE: 858-535-3462 FAX: 858-535-3502

Applied Micro Circuits Corp (AMCC)
November 2001

Page 3 of 3 pages

(1) Receipt of shares in a pro rata liquidating distribution from Tectonic Fund LP, a limited partnership of which the reporting person was a limited partner. The reporting person did not have or exercise control over the general partner of the limited partnership or investment control over the limited partnership's portfolio transactions.

(2) Option vests in 48 equal monthly installments beginning on April 30, 1998.

(3) Option vests as to 25% of the shares on March 31, 2000 and 1/48 per month thereafter.

(4) The option provided for vesting at 1/48 per month beginning on the date of grant.

(5) On November 27, 2001, the reporting person tendered to the issuer, for cancellation, an option granted to the reporting person on July 11, 2001. In exchange, the reporting person will receive a replacement option on May 28, 2002.

(6) On November 27, 2001, the reporting person tendered to the issuer, for cancellation, an option granted to the reporting person on January 19, 2000. In exchange, the reporting person will receive a replacement option on May 28, 2002.

(7) On November 27, 2001, the reporting person tendered to the issuer, for cancellation, an option granted to the reporting person on December 21, 2000. In exchange, the reporting person will receive a replacement option on May 28, 2002.

# FORM 4

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See Instruction 1(b).*

(Print or Type Responses)

UNITED STATES SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

## STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934, Section 17(a) of the Public Utility Holding Company Act of 1935 or Section 30(f) of the Investment Company Act of 1940

| OMB APPROVAL |
|---|
| OMB Number: 3235-0287 |
| Expires: September 30, 1998 |
| Estimated average burden hours per response . . . . . . 0.5 |

**1. Name and Address of Reporting Person\***

Rickey, David M
(Last)   (First)   (Middle)

6290 Sequence Drive
(Street)

San Diego, CA, 92121
(City)   (State)   (Zip)

PHONE: 858-535-3462 FAX: 858-535-3502

**2. Issuer Name and Ticker or Trading Symbol**

Applied Micro Circuits Corp (AMCC)

**3. I.R.S. Identification Number of Reporting Person, if an entity (Voluntary)**

**4. Statement for Month/Year**

November 2001

**5. If Amendment, Date of Original (Month/Year)**

**6. Relationship of Reporting Person(s) to Issuer (Check all applicable)**

| X | Director | | 10% Owner |
| X | Officer (give title below) | | Other (specify below) |

COB, President and CEO
CORPORATE

**7. Individual or Joint/Group Filing (Check Applicable Line)**

X Form filed by One Reporting Person
☐ Form filed by More than One Reporting Person

31529297

## Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned at End of Month (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|
| | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | | | | | | | 5,371 | D | |
| Common Stock | 11/12/01 | M | | 5,642 | A | $2.95313 | | I | by Family Trust |
| Common Stock | 11/12/01 | M | | 21,025 | A | $2.95313 | | I | by Family Trust |
| Common Stock | 11/12/01 | M | | 53,334 | A | $6.48438 | 1,033,806 | I | by Family Trust |
| Common Stock | | | | | | | 7,585 | I | by Spouse |

**Reminder:** Report on a separate line for each class of securities beneficially owned directly or indirectly. \*If the form is filed by more than one reporting person, see Instruction 4(b)(v).

Potential persons who are to respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB control number.

(Over)

Page 1 of 3 pages   SEC 1474 (7-97)

DEC 10 2001

FORM 4 (continued)

## Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned
### (e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4, and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Underlying Securities (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned at End of Month (Instr. 4) | 10. Ownership Form of Derivative Security: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Incentive Stock Option (right to buy) | $2.95313 | 11/12/01 | M | | | 5,642 | (1) | 03/27/08 | Common Stock | 5,642 | | 14,104 | D | |
| Non-Qualified Stock Option (right to buy) | $2.95313 | 11/12/01 | M | | | 21,025 | (1) | 03/27/08 | Common Stock | 21,025 | | 52,562 | D | |
| Non-Qualified Stock Option (right to buy) | $6.48438 | 11/12/01 | M | | | 53,334 | (2) | 04/23/09 | Common Stock | 53,334 | | 453,333 | D | |
| Non-Qualified Stock Option (right to buy) | $14.62000 | 11/27/01 | D | V | | 400,000 | (3) | 07/11/11 | Common Stock | 400,000 | (4) | 0 | D | |
| Non-Qualified Stock Option (right to buy) | $35.98450 | 11/27/01 | D | V | | 4,000,000 | (3) | 01/19/10 | Common Stock | 4,000,000 | (5) | 0 | D | |
| Non-Qualified Stock Option (right to buy) | $53.87500 | 11/27/01 | D | V | | 800,000 | (3) | 12/21/10 | Common Stock | 800,000 | (6) | 0 | D | |

Explanation of Responses:

See continuation page(s) for footnotes

/s/ David M. Rickey _____    12/8/01 _____
**Signature of Reporting Person    Date

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations. See 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, see Instruction 6 for procedure.

Potential persons who are to respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.

Page 3 of 3 pages

Applied Micro Circuits Corp (AMCC)
November 2001

Risley, David M
6290 Sequence Drive
San Diego, CA. 92121
PHONE: 858-535-3462 FAX: 858-535-3502

(1)   Option vests in 48 equal monthly installments beginning on April 30, 1998.

(2)   Option vests as to 25% of the shares on March 31, 2000 and 1/48 per month thereafter.

(3)   The option provided for vesting at 1/48 per month beginning on the date of grant.

(4)   On November 27, 2001, the reporting person tendered to the issuer, for cancellation, an option granted to the reporting person on July 11, 2001.  In exchange, the reporting person will receive a replacement option on May 28, 2002.

(5)   On November 27, 2001, the reporting person tendered to the issuer, for cancellation, an option granted to the reporting person on January 19, 2000.  In exchange, the reporting person will receive a replacement option on May 28, 2002.

(6)   On November 27, 2001, the reporting person tendered to the issuer, for cancellation, an option granted to the reporting person on December 21, 2000.  In exchange, the reporting person will receive a replacement option on May 28, 2002.

# FORM 4

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. See Instruction 1(b).

[Print or Type Responses]

UNITED STATES SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

## STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934, Section 17(a) of the Public Utility Holding Company Act of 1935 or Section 30(f) of the Investment Company Act of 1940

OMB APPROVAL

OMB Number: 3235-0287
Expires: September 30, 1998
Estimated average burden
hours per response ...... 0.5

RECEIVED NOV 09 2001

31513539

1. Name and Address of Reporting Person*

Rickey, David M
(Last)          (First)          (Middle)

6290 Sequence Drive
San Diego, CA. 92121
(Street)

PHONE: 858-535-3462 FAX: 858-535-3502
(City)          (State)          (Zip)

2. Issuer Name and Ticker or Trading Symbol

Applied Micro Circuits Corp (AMCC)

3. I.R.S. Identification Number of Reporting Person, if an entity (Voluntary)

4. Statement for Month/Year

October 2001

5. If Amendment, Date of Original (Month/Year)

6. Relationship of Reporting Person(s) to Issuer (Check all applicable)
___ Director          ___ 10% Owner
_X_ Officer (give title below)          ___ Other (specify below)

COB and CEO CORPORATE

7. Individual or Joint/Group Filing (Check Applicable Line)
_X_ Form filed by One Reporting Person
___ Form filed by More than One Reporting Person

## Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned at End of Month (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|
| | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | | | | | | | 5,371 | D | |
| Common Stock | | | | | | | 953,805 | I | by Family Trust |
| Common Stock | 10/25/01 | P | | 7,500 | A | $13.1800 | | I | by Spouse |
| Common Stock | 10/26/01 | P | | 85 | A | $13.1200 | 7,585 | I | by Spouse |

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly. *If the form is filed by more than one reporting person, see Instruction 4(b)(v).
Potential persons who are to respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB control number.

SEC 1474 (7-97)

(Over)

FORM 4 (continued)

## Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned
### (e.g. puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4, and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Underlying Securities (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned at End of Month (Instr. 4) | 10. Ownership Form of Derivative Security: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |

Explanation of Responses:

_(signature)_ _____     11/7/01
**Signature of Reporting Person        Date

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations. See 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, see Instruction 6 for procedure.

Potential persons who are to respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.

Page 2
SEC 1474 (7-97)

# FORM 4

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See Instruction 1(b).*

(Print or Type Responses)

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

## STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934, Section 17(a) of the Public Utility Holding Company Act of 1935 or Section 30(f) of the Investment Company Act of 1940

OMB APPROVAL

OMB Number: 3235-0287
Expires: September 30, 1998
Estimated average burden
hours per response . . . . . 0.5

**1. Name and Address of Reporting Person** *

Rickey, David M
(Last)    (First)    (Middle)

6290 Sequence Drive
(Street)

San Diego, CA, 92121
(City)    (State)    (Zip)

PHONE: 858-535-3462 FAX: 858-535-3502

**2. Issuer Name and Ticker or Trading Symbol**

Applied Micro Circuits Corp (AMCC)

**3. I.R.S. Identification Number of Reporting Person, if an entity (Voluntary)**

**4. Statement for Month/Year**

September 2001

**5. If Amendment, Date of Original (Month/Year)**

**6. Relationship of Reporting Person(s) to Issuer**
(Check all applicable)

| X | Director | | 10% Owner |
| X | Officer (give title below) | | Other (specify below) |

COB and CEO
CORPORATE

**7. Individual or Joint/Group Filing (Check Applicable Line)**

X   Form filed by One Reporting Person
☐   Form filed by More than One Reporting Person

## Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned at End of Month (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|
| | | Code | V | Amount | (A) or (D) | Price | | | |
| | | | | | | | 5,371 | D | |
| Common Stock | 09/17/01 | M | | 5,641 | A | $2.95313 | | I | by Family Trust |
| Common Stock | 09/17/01 | M | | 21,025 | A | $2.95313 | | I | by Family Trust |
| Common Stock | 09/17/01 | M | | 53,333 | A | $6.48438 | | I | by Family Trust |
| Common Stock | 09/18/01 | J (1) | | 100,000 | A | $9.95000 | | I | by Family Trust |
| Common Stock | 09/19/01 | J (1) | | 100,000 | A | $8.93750 | | I | by Family Trust |
| Common Stock | 09/24/01 | J (1) | | 50,000 | A | $8.38750 | | I | by Family Trust |
| Common Stock | 09/25/01 | J (1) | | 150,000 | A | $7.84330 | | I | by Family Trust |
| Common Stock | 09/26/01 | J (1) | | 50,000 | A | $7.25000 | | I | by Family Trust |
| Common Stock | 09/27/01 | J (1) | | 200,000 | A | $6.44250 | 953,805 | I | by Family Trust |

31497994

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.   *If the form is filed by more than one reporting person, see Instruction 4(b)(v).
Potential persons who are to respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB control number.

Page 1 of 3 pages    SEC 1474 (7-97)

(Over)

FORM 4 (continued)

## Table II – Derivative Securities Acquired, Disposed of, or Beneficially Owned
### (e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4, and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Underlying Securities (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned at End of Month (Instr. 4) | 10. Ownership Form of Derivative Security: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Incentive Stock Option (right to buy) | $2.95313 | 09/17/01 | M | | | 5,641 | (2) | 03/27/08 | Common Stock | 5,641 | 5,641 | 19,746 | D | |
| Non-Qualified Stock Option (right to buy) | $2.95313 | 09/17/01 | M | | | 21,025 | (2) | 03/27/08 | Common Stock | 21,025 | 21,025 | 73,587 | D | |
| Non-Qualified Stock Option (right to buy) | $6.48438 | 09/17/01 | M | | | 53,333 | (3) | 04/23/09 | Common Stock | 53,333 | 53,333 | 506,667 | D | |

Explanation of Responses:

See continuation page(s) for footnotes

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations. See 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, see Instruction 6 for procedure.

Potential persons who are to respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.

s/David M. Rickey          10/2/01
**Signature of Reporting Person          Date

Page 2 of 3 pages

Page 2
SEC 1474 (7-97)

Page 3 of 3 pages

Applied Micro Circuits Corp (AMCC)
September 2001

Rickey, David M
6290 Sequence Drive
San Diego, CA. 92121
PHONE: 858-535-3462 FAX: 858-535-3502

(1)   Acquisition of stock made in connection with the SEC Emergency Order Pursuant to Section 12 (K) (2) of the Exchange Act of 1934 (Release No. 44791)
(2)   Option vests in 48 equal monthly installments beginning on April 30, 1998.
(3)   Option vests as to 25% of the shares on March 31, 2000 and 1/48 per month thereafter.

# FORM 4

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See Instruction 1(b).*

(Print or Type Responses)

UNITED STATES SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

## STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934, Section 17(a) of the Public Utility Holding Company Act of 1935 or Section 30(f) of the Investment Company Act of 1940

OMB APPROVAL

OMB Number: 3235-0287
Expires: September 30, 1998
Estimated average burden
hours per response .... 0.5

RECEIVED MAIL SECTION SEP 10 2001

31471279

| 1. Name and Address of Reporting Person* | 2. Issuer Name and Ticker or Trading Symbol | 6. Relationship of Reporting Person(s) to Issuer (Check all applicable) |
|---|---|---|

Rickey, David M.
(Last)   (First)   (Middle)

6290 Sequence Drive
(Street)

San Diego, CA. 92121
(City)   (State)   (Zip)

PHONE: 858-535-3462 FAX: 858-535-3502

2. Issuer Name and Ticker or Trading Symbol

Applied Micro Circuits Corp & MMC (AMCC)

4. Statement for Month/Year

July 2001

5. If Amendment, Date of Original (Month/Year)

| 6. Relationship of Reporting Person(s) to Issuer (Check all applicable) |
|---|
| X Director          ☐ 10% Owner |
| X Officer (give title below)   X Other (specify below) |
| CEO |
| **Chairman of the Board** |

7. Individual or Joint/Group Filing (Check Applicable Line)
X Form filed by One Reporting Person
☐ Form filed by More than One Reporting Person

## Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned at End of Month (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|
| | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | | | | | | | 5,371 | D | |
| Common Stock | 07/13/01 | M | | 8,463 | A | $2.95313 | | I | by Family Trust |
| Common Stock | 07/13/01 | M | | 31,538 | A | $2.95313 | | I | by Family Trust |
| Common Stock | 07/13/01 | M | | 80,000 | A | $6.48438 | 223,806 | I | by Family Trust |

Reminder:  Report on a separate line for each class of securities beneficially owned directly or indirectly.  *If the form is filed by more than one reporting person, see Instruction 4(b)(v).
Potential persons who are to respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB control number.

Page 1 of 3 pages   SEC 1474 (7-97)

(Over)

**FORM 4 (continued)**

## Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned
(e.g. puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4, and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Underlying Securities (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned at End of Month (Instr. 4) | 10. Ownership Form of Derivative Security: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Incentive Stock Option (right to buy) | $2.95313 | 07/13/01 | M | | | 8,463 | (1) | 03/27/08 | Common Stock | 8,463 | | 25,387 | D | |
| Non-Qualified Stock Option (right to buy) | $2.95313 | 07/13/01 | M | | | 31,538 | (1) | 03/27/08 | Common Stock | 31,538 | | 94,612 | D | |
| Non-Qualified Stock Option (right to buy) | $6.48438 | 07/13/01 | M | | | 80,000 | (2) | 04/23/09 | Common Stock | 80,000 | | 560,000 | D | |
| Non-Qualified Stock Option (right to buy) | $14.62000 | 07/11/01 | A | V | 400,000 | | (3) | 07/11/11 | Common Stock | 400,000 | | 400,000 | D | |

Explanation of Responses:

See continuation page(s) for footnotes

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations.
*See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

Potential persons who are to respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.

s/David M. Rickey    8/9/2001
**Signature of Reporting Person    Date

Page 2 of 3 pages

Page 2
SEC 1474 (7-97)

Page 3 of 3 pages

Applied Micro Circuits Corp & MMC (AMCC)
July 2001

Rickey, David M.
6290 Sequence Drive
San Diego, CA. 92121
PHONE: 858-535-3462 FAX: 858-535-3502

(1)    Option vests in 48 equal monthly installments beginning on April 30, 1998.
(2)    Option vests as to 25% of the shares on March 31, 2000 and 1/48 per month thereafter.
(3)    Option vests in 48 monthly installments beginning on July 11, 2001

# FORM 4

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See Instruction 1(b).*

(Print or Type Responses)

UNITED STATES SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

## STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934, Section 17(a) of the Public Utility Holding Company Act of 1935 or Section 30(f) of the Investment Company Act of 1940

OMB APPROVAL
OMB Number:       3235-0287
Expires: September 30, 1998
Estimated average burden
hours per response ...... 0.5

**1. Name and Address of Reporting Person***

Rickey, David M.
(Last)        (First)        (Middle)

6290 Sequence Drive
(Street)

San Diego, CA. 92121

PHONE: 858-535-3462 FAX: 858-535-3502

(City)        (State)        (Zip)

**2. Issuer Name and Ticker or Trading Symbol**

Applied Micro Circuits Corp & MMC (AMCC)

**3. I.R.S. Identification Number of Reporting Person, if an entity (Voluntary)**

**4. Statement for Month/Year**

April 2001

**5. If Amendment, Date of Original (Month/Year)**

**6. Relationship of Reporting Person(s) to Issuer** (Check all applicable)

X Director        10% Owner
X Officer (give title below)        Other (specify below)

President and CEO
Chairman of the Board

**7. Individual or Joint/Group Filing** (Check Applicable Line)
X Form filed by One Reporting Person
Form filed by More than One Reporting Person

## Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned at End of Month (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|
| | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | | | | | | | 12,371 | D | |
| Common Stock | 04/02/01 | M | | 5,642 | A | $2.95313 | | I | by Family Trust |
| Common Stock | 04/02/01 | M | | 21,025 | A | $2.95313 | | I | by Family Trust |
| Common Stock | 04/02/01 | M | | 53,333 | A | $6.48438 | | 101,329 | I | by Family Trust |

31409445

PROCESSED
MAY 08 2001

**Reminder:** Report on a separate line for each class of securities beneficially owned directly or indirectly. *If the form is filed by more than one reporting person, see Instruction 4(b)(v).

Potential persons who are to respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB control number.

Page 1 of 3 pages     SEC 1474 (7-97)

(Over)

FORM 4 (continued)

## Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned
(e.g. puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4, and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Underlying Securities (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned at End of Month (Instr. 4) | 10. Ownership Form of Derivative Security: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Incentive Stock Option (right to buy) | $2.95313 | 04/02/01 | M | | | 5,642 | (1) | 03/27/08 | Common Stock | 5,642 | | 33,850 | D | |
| Non-Qualified Stock Option (right to buy) | $2.95313 | 04/02/01 | M | | | 21,025 | (1) | 03/27/08 | Common Stock | 21,025 | | 126,150 | D | |
| Non-Qualified Stock Option (right to buy) | $6.48438 | 04/02/01 | M | | | 53,333 | (2) | 04/23/09 | Common Stock | 53,333 | | 640,000 | D | |

Explanation of Responses:

See continuation page(s) for footnotes

_____     _____
**Signature of Reporting Person    Date

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations.
*See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

Potential persons who are to respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.

Page 2 of 3 pages

Page 2

SEC 1474 (7-97)

Rickey, David M.
'6290 Sequence Drive
'San Diego, CA. 92121
PHONE: 858-535-3462 FAX: 858-535-3502

Applied Micro Circuits Corp & MMC (AMCC)
April 2001

Page 3 of 3 pages

(1)    Option vests in 48 equal monthly installments beginning on April 30, 1998.
(2)    Option vests as to 25% of the shares on March 31, 2000 and 1/48 per month thereafter.

# FORM 4

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

(Print or Type Responses)

UNITED STATES SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

## STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934, Section 17(a) of the Public Utility Holding Company Act of 1935 or Section 30(f) of the Investment Company Act of 1940

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Expires: | September 30, 1998 |
| Estimated average burden hours per response . . . . . . . . 0.5 | |

**31370101**

**1. Name and Address of Reporting Person\***

Rickey, David M.
(Last)  (First)  (Middle)

6290 Sequence Drive
(Street)

San Diego, CA. 92121
(City)  (State)  (Zip)

**2. Issuer Name and Ticker or Trading Symbol**

Applied Micro Circuits Corp & MMC (AMCC)

**3. I.R.S. Identification Number of Reporting Person, if an entity (Voluntary)**

**4. Statement for Month/Year**

February 2001

**5. If Amendment, Date of Original (Month/Year)**

**6. Relationship of Reporting Person(s) to Issuer** (Check all applicable)

X Director
X Officer (give title below)  ___ 10% Owner
___ Other (specify below)

President and CEO
Chairman of the Board

**7. Individual or Joint/Group Filing** (Check Applicable Line)
X Form filed by One Reporting Person
___ Form filed by More than One Reporting Person

## Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned at End of Month (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|
| | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 02/01/01 | M | | 2,820 | A | $2.95313 | | D | |
| Common Stock | 02/01/01 | S | | 2,820 | D | $70.21030 | | D | |
| Common Stock | 02/01/01 | M | | 10,512 | A | $2.95313 | | D | |
| Common Stock | 02/01/01 | S | | 10,512 | D | $70.21030 | | D | |
| Common Stock | 02/01/01 | M | | 26,667 | A | $6.48438 | | D | |
| Common Stock | 02/01/01 | S | | 26,667 | D | $70.21030 | | D | |
| Common Stock | 02/01/01 | G | V | 13,000 | D | | | D | |
| Common Stock | 02/01/01 | S | | 645 | D | $70.21030 | 12,371 | D | |
| Common Stock | | | | | | | 21,329 | I | |

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.  \*If the form is filed by more than one reporting person, see Instruction 4(b)(v).
Potential persons who are to respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB control number.

Page 1 of 3 pages   SEC 1474 (7-97)

(Over)

SEC MAIL PROCESSING RECEIVED MAR 09 2001 WASH. D.C. 359

**FORM 4 (continued)**

Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned
*(e.g. puts, calls, warrants, options, convertible securities)*

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/ Day/ Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4, and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/ Year) | | 7. Title and Amount of Underlying Securities (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned at End of Month (Instr. 4) | 10. Ownership Form of Derivative Security: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Incentive Stock Option (right to buy) | $2.95313 | 02/01/01 | M | | | 2,820 | (1) | 03/27/08 | Common Stock | 2,820 | | 39,492 | D | |
| Non-Qualified Stock Option (right to buy) | $2.95313 | 02/01/01 | M | | | 10,512 | (1) | 03/27/08 | Common Stock | 10,512 | | 147,175 | D | |
| Non-Qualified Stock Option (right to buy) | $6.48438 | 02/01/01 | M | | | 26,667 | (2) | 04/23/09 | Common Stock | 26,667 | | 693,333 | D | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |

Explanation of Responses:

See continuation page(s) for footnotes

_____
**Signature of Reporting Person

_____
Date

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations.
*See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

Potential persons who are to respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.

Page 2 of 3 pages

Page 2
SEC 1474 (7-97)

Page 3 of 3 pages

Applied Micro Circuits Corp & MMC (AMCC)
February 2001

Rickey, David M.
6290 Sequence Drive
San Diego, CA. 92121

(1)    Option vests in 48 equal monthly installments beginning on April 30, 1998.
(2)    Option vests as to 25% of the shares on March 31, 2000 and 1/48 per month thereafter.

# FORM 4

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. See Instruction 1(b).

(Print or Type Responses)

UNITED STATES SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

## STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934, Section 17(a) of the Public Utility Holding Company Act of 1935 or Section 30(f) of the Investment Company Act of 1940

OMB APPROVAL
OMB Number: 3235-0287
Expires: September 30, 1998
Estimated average burden hours per response ... 0.5

31334590

**1. Name and Address of Reporting Person***

Rickey, David M.
(Last)    (First)    (Middle)

6290 Sequence Drive
(Street)

San Diego, CA. 92121
(City)    (State)    (Zip)

**2. Issuer Name and Ticker or Trading Symbol**

Applied Micro Circuits Corp & MMC (AMCC)

**3. I.R.S. Identification Number of Reporting Person, if an entity (Voluntary)**

**4. Statement for Month/Year**

January 2001

**5. If Amendment, Date of Original (Month/Year)**

**6. Relationship of Reporting Person(s) to Issuer** (Check all applicable)

| | |
|---|---|
| X Director | 10% Owner |
| X Officer (give title below) | Other (specify below) |

President and CEO
Chairman of the Board

**7. Individual or Joint/Group Filing** (Check Applicable Line)
X Form filed by One Reporting Person
Form filed by More than One Reporting Person

## Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned at End of Month (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|
| | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 11/30/00 | G | V | 200 | D | | | D | |
| Common Stock | 01/18/01 | M | | 21,025 | A | $2.95313 | | D | |
| Common Stock | 01/18/01 | S | | 21,025 | D | $80.12500 | | D | |
| Common Stock | 01/18/01 | M | | 53,333 | A | $6.48438 | | D | |
| Common Stock | 01/18/01 | S | | 53,333 | D | $80.12500 | | D | |
| Common Stock | 01/18/01 | G | V | 22,000 | D | | | D | |
| Common Stock | 01/18/01 | S | | 92,642 | D | $80.12500 | 26,016 | D | |
| Common Stock | 01/08/01 | M | | 2,821 | A | $2.95313 | 21,329 | I | by Family Trust |

RECEIVED
FEB 12 2001

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly. *If the form is filed by more than one reporting person, see Instruction 4(b)(v).

Potential persons who are to respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB control number.

Page 1 of 3 pages    SEC 1474 (7-97)    (Over)

FORM 4 (continued)

## Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned
(e.g. puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4, and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Underlying Securities (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned at End of Month (Instr. 4) | 10. Ownership Form of Derivative Security: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Incentive Stock Option (right to buy) | $2.95313 | 01/08/01 | M | | | 2,821 | (1) | 03/27/08 | Common Stock | 2,821 | | 42,312 | D | |
| Non-Qualified Stock Option (right to buy) | $2.95313 | 01/18/01 | M | | | 21,025 | (1) | 03/27/08 | Common Stock | 21,025 | | 157,687 | D | |
| Non-Qualified Stock Option (right to buy) | $6.48438 | 01/18/01 | M | | | 53,333 | (2) | 04/23/09 | Common Stock | 53,333 | | 720,000 | D | |

Explanation of Responses:

See continuation page(s) for footnotes

**Signature of Reporting Person          Date

Page 2 of 3 pages

Page 2

SEC 1474 (7-97)

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations.
See 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed.  If space is insufficient, see Instruction 6 for procedure.

Potential persons who are to respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.

Page 3 of 3 pages

Applied Micro Circuits Corp & MMC (AMCC)
January 2001

Rickey, David M.
6290 Sequence Drive
San Diego, CA. 92121

(1)   Option vests in 48 equal monthly installments beginning on April 30, 1998.
(2)   Option vests as to 25% of the shares on March 31, 2000 and 1/48 per month thereafter.
.     The end of month holdings include 367 shares acquired under the AMCC 1998 Employee Stock Purchase Plan in January 2001.

# FORM 4

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See Instruction 1(b).*

(Print or Type Responses)

UNITED STATES SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

## STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934, Section 17(a) of the Public Utility Holding Company Act of 1935 or Section 30(f) of the Investment Company Act of 1940

| OMB APPROVAL |
|---|
| OMB Number: 3235-0287 |
| Expires: September 30, 1998 |
| Estimated average burden hours per response .... 0.5 |

[stamp: RECEIVED JAN 0 9 2001 310]

**1. Name and Address of Reporting Person\***

Rickey, David M.
(Last)          (First)          (Middle)

6290 Sequence Drive
(Street)

San Diego, CA, 92121
(City)          (State)          (Zip)

**2. Issuer Name and Ticker or Trading Symbol**

Applied Micro Circuits Corporation (AMCC)

**3. I.R.S. Identification Number of Reporting Person, if an entity (Voluntary)**

**4. Statement for Month/Year**

December 2000

**5. If Amendment, Date of Original (Month/Year)**

**6. Relationship of Reporting Person(s) to Issuer (Check all applicable)**

| | | |
|---|---|---|
| X | Director | ___ 10% Owner |
| X | Officer (give title below) | ___ Other (specify below) |

President and CEO - Chairman of the Board

**7. Individual or Joint/Group Filing (Check Applicable Line)**
X Form filed by One Reporting Person
___ Form filed by More than One Reporting Person

## Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned at End of Month (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|
| | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | | | | | | | 140,858 | D | |
| Common Stock | 12/15/00 | M | | 2,821 | A | $2.95313 | 18,141 | I | by Family Trust |
| | | | | | | | | | |
| | | | | | | | | | |

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.    *If the form is filed by more than one reporting person, see Instruction 4(b)(v).

Potential persons who are to respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB control number.

Page 1 of 3 pages    SEC 1474 (7-97)

(Over)

31293788

FORM 4 (continued)

**Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned**
*(e.g., puts, calls, warrants, options, convertible securities)*

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4, and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Underlying Securities (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of Derivative Securities Beneficially Owned at End of Month (Instr. 4) | 10. Ownership Form of Derivative Security: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Incentive Stock Option (right to buy) | $2.95313 | 12/15/00 | M | | | 2.821 | (1) | 03/27/08 | Common Stock | 2,821 | 2,821 | 45,133 | D | |
| Non-Qualified Stock Option (right to buy) | $53.87500 | 12/21/00 | A | V | 800,000 | | (2) | 12/21/10 | Common Stock | 800,000 | 800,000 | 800,000 | D | |

Explanation of Responses:

See continuation page(s) for footnotes

*(signature)*       1-3-01

\*\*Signature of Reporting Person      Date

\*\* Intentional misstatements or omissions of facts constitute Federal Criminal Violations.
*See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

Potential persons who are to respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.

Page 2 of 3 pages

Page 2
SEC 1474 (7-97)

Page 3 of 3 pages

Applied Micro Circuits Corporation (AMCC)
December 2000

Rickey, David M.
6293 Sequence Drive
San Diego, CA. 92121

(1)   Option vests in 48 equal monthly installments beginning on April 30, 1998.
(2)   Option vests in 48 monthly installments beginning on December 21, 2000.

# FORM 4

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See Instruction 1(b).*

REC'D S.E.C.

SEP 6 – 2002

**U.S. SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP**

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934, Section 17(a) of the Public Utility Holding Company Act of 1935 or Section 30(f) of the Investment Company Act of 1940

| 1. Name and Address of Reporting Person |
|---|
| Baker/Tisch Capital (GP), LLC (1) |

| (Last) | (First) | (Middle) |
|---|---|---|
| 655 Madison Avenue | | |

(Street)

| (City) | (State) | (Zip) |
|---|---|---|
| New York | New York | 10021 |

| 2. Issuer Name and Ticker or Trading Symbol |
|---|
| Incyte Genomics, Inc. ("INCY") |

| 3. IRS or Social Security Number of Reporting Person (Voluntary) | 4. Statement for Month/Year<br>August 2002 |
|---|---|
| | 5. If Amendment, Date of Original (Month/Year) |

| 6. Relationship of Reporting Person(s) to Issuer (Check all applicable) |
|---|
| X Director (2)    X 10% Owner (3) |
| ___ Officer (give title below)    ___ Other (specify below) |

7. Individual or Joint/Group Filing (Check Applicable Line)
___ Form filed by One Reporting Person
☒ Form filed by More than One Reporting Person

## Table I — Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned at End of Month (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|
| | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock, par value $0.001 per share ("Common Stock") | 8/6/02 | P | | 3,123 | A | $6.00 | | | |
| Common Stock | 8/7/02 | P | | 15,500 | A | $5.96 | | | |
| Common Stock | 8/8/02 | P | | 14,900 | A | $5.99 | | | |
| Common Stock | 8/9/02 | P | | 50 | A | $5.75 | 179,008 | I | (4) |
| | | | | | | | | I | (4) |
| | | | | | | | | I | (4) |
| | | | | | | | | I | (4) |

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.
*If the form is filed by more than one reporting person, *see* Instruction 4(b)(v).

(Over)

Received
Thomson Corp

31724242