FORM 4 (continued)

**Table II — Derivative Securities Acquired, Disposed of, or Beneficially Owned**
**(*e.g.*, puts, calls, warrants, options, convertible securities)**

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4, and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Underlying Securities (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of Derivative Securities Beneficially Owned at End of Month (Instr. 4) | 10. Ownership Form of Derivative Security: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |

Explanation of Responses:

(1) In addition to Baker/Tisch Capital (GP), LLC, this Form 4 is being filed jointly by Felix J. Baker and Julian C. Baker, each of whom has the same business address as Baker/Tisch Capital (GP), LLC and may be deemed to have a pecuniary interest in securities owned by it.

(2) Julian C. Baker is a director of the Issuer.

(3) Because of certain business and family relationships with other security holders of the Issuer, the Reporting Persons are filing solely for informational purposes as if they were members of a group with such security holders. However, the Reporting Persons disclaim that they and any other person or persons in fact constitute a "group" for purposes of Section 13(d)(3) of the Securities Exchange Act of 1934, as amended, or Rule 13d-5 thereunder or that they are the beneficial owner of securities owned by such other persons.

(4) Represents shares owned directly by Baker/Tisch Investments, L.P., the sole general partner of which is Baker/Tisch Capital, L.P., a limited partnership of which the sole general partner is Baker/Tisch Capital (GP), LLC. Felix J. Baker and Julian C. Baker are the controlling members of Baker/Tisch Capital (GP), LLC.

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations. *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space provided is insufficient, *see* Instruction 6 for procedure.

BAKER/TISCH CAPITAL (GP), LLC
JULIAN C. BAKER

/s/ Julian C. Baker
by Julian C. Baker, Managing Member of Baker/Tisch Capital (GP), LLC
**Signature of Reporting Person

9/6/02
Date

FELIX J. BAKER

/s/ Felix J. Baker
**Signature of Reporting Person

9/6/02
Date

# FORM 4

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

(Print or Type Responses)

UNITED STATES SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

## STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934, Section 17(a) of the Public Utility Holding Company Act of 1935 or Section 30(f) of the Investment Company Act of 1940

SEC MAIL PROCESSING SECTION RECEIVED NOV 13 2000 WASH. D.C. 369

OMB APPROVAL
OMB Number: 3235-0287
Expires: September 30, 1998
Estimated average burden hours per response ...... 0.5

1. Name and Address of Reporting Person*
Rickey, David M.
(Last) (First) (Middle)
6290 Sequence Drive
(Street)
San Diego, CA. 92121
(City) (State) (Zip)

2. Issuer Name and Ticker or Trading Symbol
Applied Micro Circuits Corporation (AMCC)

3. I.R.S. Identification Number of Reporting Person, if an entity (Voluntary)

4. Statement for Month/Year
October 2000

5. If Amendment, Date of Original (Month/Year)

6. Relationship of Reporting Person(s) to Issuer (Check all applicable)
X Director ____ 10% Owner
X Officer (give title below) ____ Other (specify below)
President and CEO
Chairman of the Board

7. Individual or Joint/Group Filing (Check Applicable Line)
X Form filed by One Reporting Person
___ Form filed by More than One Reporting Person

### Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned at End of Month (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|
| | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 10/16/00 | M | | 10,513 | A | $5.90625 | | D | |
| Common Stock | 10/16/00 | S | | 10,513 | D | $178.20000 | | D | |
| Common Stock | 10/16/00 | M | | 26,487 | A | $12.96875 | | D | |
| Common Stock | 10/16/00 | S | | 26,487 | D | $178.20000 | 152,806 | D | |
| Common Stock | 10/09/00 | M | | 2,821 | A | $5.90625 | | I | by Family Trust |
| Common Stock | 10/16/00 | G | V | 14,000 | D | | 12,500 | I | by Family Trust |

31266949

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly. *If the form is filed by more than one reporting person, see Instruction 4(b)(v).

Potential persons who are to respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB control number.

FORM 4 (continued)

**Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned**
*(e.g. puts, calls, warrants, options, convertible securities)*

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4, and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Underlying Securities (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned at End of Month (Instr. 4) | 10. Ownership Form of Derivative Security: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Incentive Stock Option (right to buy) | $2.95313 | 10/09/00 | M | | | 2,821 | (1) | 03/27/08 | Common Stock | 2,821 | | 50,774 | D | |
| Non-Qualified Stock Option (right to buy) | $2.95313 | 10/16/00 | M | | | 10,513 | (1) | 03/27/08 | Common Stock | 10,513 | | 189,224 | D | |
| Non-Qualified Stock Option (right to buy) | $6.48438 | 10/16/00 | M | | | 26,487 | (2) | 04/23/09 | Common Stock | 26,487 | | 800,360 | D | |

Explanation of Responses:

**See continuation page(s) for footnotes**

**Signature of Reporting Person — 11/1/00 Date

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations.
*See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

Potential persons who are to respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.

Rickey, David M.
6290 Sequence Drive
San Diego, CA. 92121

(1) Option vests in 48 equal monthly installments beginning on April 30, 1998.

(2) Option vests as to 25% of the shares on March 31, 2000 and 1/48 per month thereafter.

On October 30, 2000, the common stock of Applied Micro Circuits Corporation split 2-for-1. The reporting person's end of period holdings reflects this stock split, however, transactions reported for October reflect pre-split figures.

# FORM 4

] Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

(Print or Type Responses)

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
**Washington, D.C. 20549**

## STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934, Section 17(a) of the Public Utility Holding Company Act of 1935 or Section 30(f) of the Investment Company Act of 1940

PROCESSING RECEIVED SEP 11 2000 SEC 364 SECTION WASH., D.C.

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Expires: | September 30, 1998 |
| Estimated average burden hours per response | 0.5 |

1. Name and Address of Reporting Person*

Rickey, David M.
(Last) (First) (Middle)

6290 Sequence Drive
(Street)

San Diego, CA. 92121
(City) (State) (Zip)

2. Issuer Name and Ticker or Trading Symbol

Applied Micro Circuits Corporation (AMCC)

3. I.R.S. Identification Number of Reporting Person, if an entity (Voluntary)

4. Statement for Month/Year

August 2000

5. If Amendment, Date of Original (Month/Year)

6. Relationship of Reporting Person(s) to Issuer (Check all applicable)

X Director ___ 10% Owner
X Officer (give title below) ___ Other (specify below)

President and CEO
Chairman of the Board

7. Individual or Joint/Group Filing (Check Applicable Line)

X Form filed by One Reporting Person
___ Form filed by More than One Reporting Person

### Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned at End of Month (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|
| | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 07/25/00 | G | V | 17,429 | D | | | D | |
| Common Stock | 07/25/00 | G | V | 100 | D | | | D | |
| Common Stock | 08/02/00 | M | | 1,411 | A | $5.90625 | | D | |
| Common Stock | 08/04/00 | M | | 5,256 | A | $5.90625 | | D | |
| Common Stock | 08/04/00 | S | | 5,256 | D | $139.06250 | | D | |
| Common Stock | 08/04/00 | M | | 3,333 | A | $12.96875 | | D | |
| Common Stock | 08/04/00 | S | | 3,333 | D | $139.06250 | | D | |
| Common Stock | 08/04/00 | M | | 10,000 | A | $12.96875 | | D | |
| Common Stock | 08/04/00 | S | | 10,000 | D | $136.50000 | | D | |
| Common Stock | 08/04/00 | S | | 1,411 | D | $137.71880 | | D | |

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly. *If the form is filed by more than one reporting person, see Instruction 4(b)(v).

Potential persons who are to respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB control number.

(Over)

31213394

)RM 4 (continued)

## Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned
(*e.g.* puts, calls, warrants, options, convertible securities)

| Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4, and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Underlying Securities (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned at End of Month (Instr. 4) | 10. Ownership Form of Derivative Security: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| ıcentive Stock Option (right to buy) | $5.90625 | 08/02/00 | M | | | 1,411 | (1) | 03/27/08 | Common Stock | 1,411 | | 28,208 | D | |
| on-Qualified Stock Option (right to ıy) | $5.90625 | 08/04/00 | M | | | 5,256 | (1) | 03/27/08 | Common Stock | 5,256 | | 105,125 | D | |
| on-Qualified Stock Option (right to ıy) | $12.96875 | 08/04/00 | M | | | 3,333 | (2) | 04/23/09 | Common Stock | 3,333 | | | D | |
| on-Qualified Stock Option (right to ıy) | $12.96875 | 08/04/00 | M | | | 10,000 | (2) | 04/23/09 | Common Stock | 10,000 | | 426,667 | D | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |

ɩplanation of Responses:

ee continuation page(s) for footnotes

David M. Rickey

**Signature of Reporting Person

Date

* Intentional misstatements or omissions of facts constitute Federal Criminal Violations. *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

ote: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

otential persons who are to respond to the collection of information contained in this form are not quired to respond unless the form displays a currently valid OMB Number.

# FORM 4 (continued)

Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

(Print or Type Responses)

UNITED STATES SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

## STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934, Section 17(a) of the Public Utility Holding Company Act of 1935 or Section 30(f) of the Investment Company Act of 1940

PROCESSING
RECEIVED
SEP 11 2000
364
WASH., D.C.

OMB APPROVAL
OMB Number: 3235-0287
Expires: September 30, 1998
Estimated average burden hours per response . . . . . . 0.5

1. Name and Address of Reporting Person*

Rickey, David M.
(Last) (First) (Middle)

6290 Sequence Drive
(Street)

San Diego, CA. 92121
(City) (State) (Zip)

2. Issuer Name and Ticker or Trading Symbol
Applied Micro Circuits Corporation (AMCC)

3. I.R.S. Identification Number of Reporting Person, if an entity (Voluntary)

4. Statement for Month/Year
August 2000

5. If Amendment, Date of Original (Month/Year)

6. Relationship of Reporting Person(s) to Issuer (Check all applicable)
___ Director ___ 10% Owner
___ Officer (give title below) ___ Other (specify below)

7. Individual or Joint/Group Filing (Check Applicable Line)
___ Form filed by One Reporting Person
___ Form filed by More than One Reporting Person

### Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned at End of Month (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|
| | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 08/04/00 | G | V | 43,284 | D | | | D | |
| Common Stock | 08/07/00 | G | V | 397 | D | | | D | |
| Common Stock | 08/09/00 | S | | 30,000 | D | $154.68750 | | D | |
| Common Stock | 08/14/00 | G | V | 16,368 | D | | 76,403 | D | |
| Common Stock | 07/25/00 | G | V | 17,429 | A | | 17,429 | I | by Family Trust |

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly. *If the form is filed by more than one reporting person, see Instruction 4(b)(v).

Potential persons who are to respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB control number.

**›RM 4 (continued)**

**Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned**
*(e.g. puts, calls, warrants, options, convertible securities)*

| Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/ Day/ Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4, and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/ Year) | | 7. Title and Amount of Underlying Securities (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned at End of Month (Instr. 4) | 10. Ownership Form of Derivative Security: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |

‹planation of Responses:

**ce continuation page(s) for footnotes**

David M. Rickey

**Signature of Reporting Person

Date

Intentional misstatements or omissions of facts constitute Federal Criminal Violations. *See 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).*

›te: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

›tential persons who are to respond to the collection of information contained in this form are not quired to respond unless the form displays a currently valid OMB Number.

Rickey, David M.
6290 Sequence Drive
San Diego, CA. 92121

Applied Micro Circuits Corporation (AMCC)
August 2000

Page 5 of 5 pages

1)  Option vests in 48 equal monthly installments beginning on April 30, 1998.
2)  Option vests as to 25% of the shares on March 31, 2000 and 1/48 per month thereafter.

# FORM 4

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

(Print or Type Responses)

UNITED STATES SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

## STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934, Section 17(a) of the Public Utility Holding Company Act of 1935 or Section 30(f) of the Investment Company Act of 1940

PROCESSING
SEC MAIL RECEIVED AUG 1 0 2000 316 WASH., D.C.

OMB APPROVAL
OMB Number: 3235-0287
Expires: September 30, 1998
Estimated average burden hours per response . . . . . . 0.5

1. Name and Address of Reporting Person*

Rickey, David M.
(Last) (First) (Middle)

6290 Sequence Drive
(Street)

San Diego, CA. 92121
(City) (State) (Zip)

2. Issuer Name and Ticker or Trading Symbol

Applied Micro Circuits Corporation (AMCC)

3. I.R.S. Identification Number of Reporting Person, if an entity (Voluntary)

4. Statement for Month/Year

July 2000

5. If Amendment, Date of Original (Month/Year)

6. Relationship of Reporting Person(s) to Issuer (Check all applicable)

X Director ___ 10% Owner
X Officer (give title below) ___ Other (specify below)

President and CEO

7. Individual or Joint/Group Filing (Check Applicable Line)
X Form filed by One Reporting Person
___ Form filed by More than One Reporting Person

### Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned at End of Month (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|
| | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 07/17/00 | M | | 10,000 | A | $5.90625 | | D | |
| Common Stock | 07/17/00 | S | | 10,000 | D | $159.80780 | | D | |
| Common Stock | 07/17/00 | M | | 70,000 | A | $12.96875 | | D | |
| Common Stock | 07/17/00 | S | | 70,000 | D | $159.80780 | | D | |
| Common Stock | 07/17/00 | G | V | 100,000 | D | | | D | |
| Common Stock | 07/19/00 | M | | 15,000 | A | $5.90625 | | D | |
| Common Stock | 07/20/00 | M | | 15,000 | A | $5.90625 | | D | |
| Common Stock | 07/20/00 | M | | 20,000 | A | $5.90625 | | D | |
| Common Stock | 07/20/00 | S | | 20,000 | D | $158.15630 | | D | |
| Common Stock | 07/21/00 | M | | 100,000 | A | $5.90625 | | D | |

31186280

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly. *If the form is filed by more than one reporting person, see Instruction 4(b)(v).

Potential persons who are to respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB control number.

**FORM 4 (continued)**

**Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned**
**(*e.g.* puts, calls, warrants, options, convertible securities)**

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4, and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Underlying Securities (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned at End of Month (Instr. 4) | 10. Ownership Form of Derivative Security: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Incentive Stock Option (right to buy) | $5.90625 | 07/19/00 | M | | | 15,000 | (1) | 03/27/08 | Common Stock | 15,000 | | | D | |
| Incentive Stock Option (right to buy) | $5.90625 | 07/20/00 | M | | | 15,000 | (1) | 03/27/08 | Common Stock | 15,000 | | | D | |
| Incentive Stock Option (right to buy) | $5.90625 | 07/24/00 | M | | | 8,081 | (1) | 03/27/08 | Common Stock | 8,081 | | 29,619 | D | |
| Non-Qualified Stock Option (right to buy) | $5.90625 | 07/17/00 | M | | | 10,000 | (1) | 03/27/08 | Common Stock | 10,000 | | | D | |
| Non-Qualified Stock Option (right to buy) | $5.90625 | 07/20/00 | M | | | 20,000 | (1) | 03/27/08 | Common Stock | 20,000 | | | D | |
| Non-Qualified Stock Option (right to buy) | $5.90625 | 07/21/00 | M | | | 100,000 | (1) | 03/27/08 | Common Stock | 100,000 | | | D | |
| Non-Qualified Stock Option (right to buy) | $5.90625 | 07/25/00 | M | | | 11,919 | (1) | 03/27/08 | Common Stock | 11,919 | | 110,381 | D | |
| Non-Qualified Stock Option (right to buy) | $12.96875 | 07/17/00 | M | | | 70,000 | (2) | 04/23/09 | Common Stock | 70,000 | | 440,000 | D | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |

Explanation of Responses:

**See continuation page(s) for footnotes**

8/7/00

**Signature of Reporting Person    Date

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations. *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

Potential persons who are to respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.

**FORM 4** (continued)

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

(Print or Type Responses)

UNITED STATES SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

# STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934, Section 17(a) of the Public Utility Holding Company Act of 1935 or Section 30(f) of the Investment Company Act of 1940

PROCESSING SECTION
MAIL RECEIVED
AUG 1 0 2000
316
WASH D.C.

OMB APPROVAL
OMB Number: 3235-0287
Expires: September 30, 1998
Estimated average burden hours per response . . . . . . 0.5

1. Name and Address of Reporting Person*

**Rickey, David M.**
(Last) (First) (Middle)

**6290 Sequence Drive**
(Street)

**San Diego, CA. 92121**
(City) (State) (Zip)

2. Issuer Name and Ticker or Trading Symbol

**Applied Micro Circuits Corporation (AMCC)**

3. I.R.S. Identification Number of Reporting Person, if an entity (Voluntary)

4. Statement for Month/Year

**July 2000**

5. If Amendment, Date of Original (Month/Year)

6. Relationship of Reporting Person(s) to Issuer (Check all applicable)
____ Director ____ 10% Owner
____ Officer (give title below) ____ Other (specify below)

7. Individual or Joint/Group Filing (Check Applicable Line)
____Form filed by One Reporting Person
____Form filed by More than One Reporting Person

## Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned at End of Month (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|
| | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 07/21/00 | S | | 100,000 | D | $162.55000 | | D | |
| Common Stock | 07/24/00 | M | | 8,081 | A | $5.90625 | | D | |
| Common Stock | 07/25/00 | M | | 11,919 | A | $5.90625 | | D | |
| Common Stock | 07/25/00 | S | | 10,000 | D | $167.93750 | | D | |
| Common Stock | 07/25/00 | S | | 1,919 | D | $168.56250 | | D | |
| Common Stock | 07/25/00 | S | | 8,081 | D | $168.56250 | | D | |
| Common Stock | 07/25/00 | S | | 30,000 | D | $169.26040 | 183,981 | D | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly. *If the form is filed by more than one reporting person, see Instruction 4(b)(v).

Potential persons who are to respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB control number.

(Over)

**FORM 4 (continued)**

**Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned**
(*e.g.* puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4, and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Underlying Securities (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned at End of Month (Instr. 4) | 10. Ownership Form of Derivative Security: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |

Explanation of Responses:

**See continuation page(s) for footnotes**

8-2-00

**Signature of Reporting Person — Date

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations.
*See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

Potential persons who are to respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.

Rickey, David M.
6290 Sequence Drive
San Diego, CA. 92121

Applied Micro Circuits Corporation (AMCC)
July 2000

Page 5 of 5 pages

(1) Option vests in 48 equal monthly installments beginning on April 30, 1998.
(2) Option vests as to 25% of the shares on March 31, 2000 and 1/48 per month thereafter.
- The end of period holdings includes 13 shares acquired under the AMCC 1998 Employee Stock Purchase Plan on July 31, 2000.

# FORM 4

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

(Print or Type Responses)

UNITED STATES SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

## STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934, Section 17(a) of the Public Utility Holding Company Act of 1935 or Section 30(f) of the Investment Company Act of 1940

OMB APPROVAL
OMB Number: 3235-0287
Expires: September 30, 1998
Estimated average burden hours per response ...... 0.5

1. Name and Address of Reporting Person*

Rickey, David M.
(Last) (First) (Middle)

6290 Sequence Drive
(Street)

San Diego, CA. 92121
(City) (State) (Zip)

2. Issuer Name and Ticker or Trading Symbol

Applied Micro Circuits Corporation (AMCC)

3. I.R.S. Identification Number of Reporting Person, if an entity (Voluntary)

4. Statement for Month/Year

May 2000

5. If Amendment, Date of Original (Month/Year)

6. Relationship of Reporting Person(s) to Issuer (Check all applicable)

X Director ___ 10% Owner
X Officer (give title below) ___ Other (specify below)

President and CEO

7. Individual or Joint/Group Filing (Check Applicable Line)
X Form filed by One Reporting Person
___ Form filed by More than One Reporting Person

### Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned at End of Month (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|
| | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 05/05/00 | S | | 10,000 | D | $117.81250 | | D | |
| Common Stock | 05/12/00 | S | | 30,000 | D | $104.93750 | | D | |
| Common Stock | 05/15/00 | S | | 60,000 | D | $101.04170 | | D | |
| Common Stock | 05/16/00 | S | | 50,000 | D | $112.33750 | | D | |
| Common Stock | 05/17/00 | S | | 35,000 | D | $109.29460 | | D | |
| Common Stock | 05/18/00 | S | | 10,000 | D | $107.56250 | | D | |
| Common Stock | 05/30/00 | S | | 55,000 | D | $99.99150 | 283,968 | D | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

RECEIVED PROCESSING JUN 12 2000 356 SECTION

31145872

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly. * If the form is filed by more than one reporting person, see Instruction 4(b)(v).

Potential persons who are to respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB control number.

(Over)
SEC 1474 (7-97)

**FORM 4 (continued)**

## Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned
(*e.g.* puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4, and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Underlying Securities (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned at End of Month (Instr. 4) | 10. Ownership Form of Derivative Security: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |

Explanation of Responses:

6-8-00

**Signature of Reporting Person Date

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations. *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

Potential persons who are to respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.

# FORM 4

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

(Print or Type Responses)

UNITED STATES SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

## STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934, Section 17(a) of the Public Utility Holding Company Act of 1935 or Section 30(f) of the Investment Company Act of 1940

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Expires: | September 30, 1998 |
| Estimated average burden hours per response | 0.5 |

1. Name and Address of Reporting Person*

Rickey, David M.
(Last) (First) (Middle)

6290 Sequence Drive
(Street)

San Diego, CA. 92121
(City) (State) (Zip)

2. Issuer Name and Ticker or Trading Symbol

Applied Micro Circuits Corporation (AMCC)

3. I.R.S. Identification Number of Reporting Person, if an entity (Voluntary)

4. Statement for Month/Year

April 2000

5. If Amendment, Date of Original (Month/Year)

6. Relationship of Reporting Person(s) to Issuer (Check all applicable)

X Director
X Officer (give title below)
___ 10% Owner
___ Other (specify below)

President and CEO

7. Individual or Joint/Group Filing (Check Applicable Line)

X Form filed by One Reporting Person
___ Form filed by More than One Reporting Person

ABCD S.E.C.
MAY 10 2000

### Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned at End of Month (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|
| | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 02/11/00 | G | V | 21,200 | D | | | D | |
| Common Stock | 02/14/00 | G | V | 5,854 | D | | | D | |
| Common Stock | 02/17/00 | G | V | 440 | D | | | D | |
| Common Stock | 04/28/00 | S | | 50,000 | D | $127.45000 | | D | |
| Common Stock | 04/28/00 | G | V | 20,000 | D | | [illegible]3,968 | D | |

RECEIVED PROCESSING 356

31107881

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly. *If the form is filed by more than one reporting person, see Instruction 4(b)(v).

Potential persons who are to respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB control number.

(Over)
SEC 1474 (7-97)

**FORM 4 (continued)**

**Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned**
*(e.g. puts, calls, warrants, options, convertible securities)*

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4, and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Underlying Securities (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned at End [illegible] (Instr. 4) | 10. Ownership Form of Derivative Security: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amoun[illegible] Number of Shares | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |

Explanation of Responses:

**Signature of Reporting Person

Date

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations. *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see Instruction 6 for procedure.*

Potential persons who are to respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.

# FORM 4

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

UNITED STATES SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

## STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934, Section 17(a) of the Public Utility Holding Company Act of 1935 or Section 30(f) of the Investment Company Act of 1940

OMB APPROVAL
OMB Number: 3235-0287
Expires: September 30, 1998
Estimated average burden hours per response . . . . . . 0.5

(Print or Type Responses)

1. Name and Address of Reporting Person*
Rickey, David M.
(Last) (First) (Middle)
6290 Sequence Drive
(Street)
San Diego, CA. 92121
(City) (State) (Zip)

2. Issuer Name and Ticker or Trading Symbol
Applied Micro Circuits Corporation (AMCC)

3. I.R.S. Identification Number of Reporting Person, if an entity (Voluntary)

4. Statement for Month/Year
February 2000

5. If Amendment, Date of Original (Month/Year)

6. Relationship of Reporting Person(s) to Issuer (Check all applicable)
X Director
X Officer (give title below)
___ 10% Owner
___ Other (specify below)
President and CEO

7. Individual or Joint/Group Filing (Check Applicable Line)
X Form filed by One Reporting Person
___ Form filed by More than One Reporting Person

### Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned at End of Month (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|
| | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 02/11/00 | S | | 42,500 | D | $230.24630 | | D | |
| Common Stock | 02/14/00 | S | | 25,000 | D | $218.66250 | | D | |
| Common Stock | 02/15/00 | S | | 15,000 | D | $230.87500 | | D | |
| Common Stock | 02/15/00 | M | | 65,000 | A | $25.93750 | | D | |
| Common Stock | 02/15/00 | S | | 65,000 | D | $224.36440 | | D | |
| Common Stock | 02/15/00 | S | | 10,000 | D | $228.06250 | | D | |
| Common Stock | 02/15/00 | S | | 7,500 | D | $224.36440 | | D | |
| Common Stock | 02/16/00 | S | | 7,500 | D | $232.25000 | 329,478 | D | |

SECURITIES AND EXCHANGE COMMISSION RECEIVED MAR 1 0 2000 PROCESSING SECTION WASH. D.C.

31063122

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly. *If the form is filed by more than one reporting person, see Instruction 4(b)(v).

Potential persons who are to respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB control number.

**FORM 4 (continued)**

**Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned**
(*e.g.* puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4, and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Underlying Securities (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned at End of Month (Instr. 4) | 10. Ownership Form of Derivative Security: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| **Non-Qualified Stock Option (right to buy)** | **$25.93750** | **02/15/00** | **M** | | | **65,000** | | **04/23/09** | **Common Stock** | **65,000** | **224.36440** | **255,000** | **D** | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |

Explanation of Responses:

[signature] 3-9-00

**Signature of Reporting Person    Date

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations. *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

Potential persons who are to respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.

# FORM 4

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

(Print or Type Responses)

UNITED STATES SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

## STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934, Section 17(a) of the Public Utility Holding Company Act of 1935 or Section 30(f) of the Investment Company Act of 1940

OMB APPROVAL
OMB Number: 3235-0287
Expires: September 30, 1998
Estimated average burden hours per response . . . . . . 0.5

1. Name and Address of Reporting Person*

**Rickey, David M.**
(Last) (First) (Middle)

**6290 Sequence Drive**
(Street)

**San Diego, CA. 92121**
(City) (State) (Zip)

2. Issuer Name and Ticker or Trading Symbol

**Applied Micro Circuits Corporation (AMCC)**

3. I.R.S. Identification Number of Reporting Person, if an entity (Voluntary)

4. Statement for Month/Year

**January 2000**

5. If Amendment, Date of Original (Month/Year)

6. Relationship of Reporting Person(s) to Issuer (Check all applicable)

X Director ___ 10% Owner
X Officer (give title below) ___ Other (specify below)

**President and CEO**

7. Individual or Joint/Group Filing (Check Applicable Line)

X Form filed by One Reporting Person
___ Form filed by More than One Reporting Person

### Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned at End of Month (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|
| | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 12/23/99 | G | V | 5,810 | D | | | D | |
| Common Stock | 01/14/00 | S | | 75,000 | D | $144.59580 | | D | |
| Common Stock | 01/18/00 | S | | 20,000 | D | $144.98440 | | D | |
| Common Stock | 01/18/00 | G | V | 50,000 | D | | | D | |
| Common Stock | 01/19/00 | S | | 5,000 | D | $143.87500 | 436,978 | D | |

SEC MAIL PROCESSING RECEIVED FEB 10 2000 358 WASH, D.C. SEC'CT
31018461

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly. *If the form is filed by more than one reporting person, see Instruction 4(b)(v).

Potential persons who are to respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB control number.

FORM 4 (continued)

## Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned
(*e.g.* puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4, and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Underlying Securities (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of Derivative Securities Beneficially Owned at End of Month (Instr. 4) | 10. Ownership Form of Derivative Security: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Non-Qualified Stock Option (right to buy) | $143.93800 | 01/19/00 | A | V | 1,000,000 | | (1) | 01/19/10 | Common Stock | 1,000,000 | | 1,000,000 | D | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |

Explanation of Responses:

See continuation page(s) for footnotes

**Signature of Reporting Person

2-4-00

Date

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations.
*See 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).*

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

Potential persons who are to respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.

Rickey, David M.
6290 Sequence Drive
San Diego, CA. 92121

Applied Micro Circuits Corporation (AMCC)
January 2000

Page 3 of 3 pages

(1) Option vests in 48 monthly installments beginning on January 31, 2000.

# FORM 4

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue *See* Instruction 1(b)

(Print or Type Responses)

UNITED STATES SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

## STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934, Section 17(a) of the Public Utility Holding Company Act of 1935 or Section 30(f) of the Investment Company Act of 1940

| OMB APPROVAL | |
|---|---|
| OMB Number. | 3235-0287 |
| Expires | September 30, 1998 |
| Estimated average burden hours per response .. | 0 5 |

1 Name and Address of Reporting Person*

Rickey, David M
(Last) (First) (Middle)

6290 Sequence Drive
(Street)

San Diego, CA. 92121
(City) (State) (Zip)

2 Issuer Name and Ticker or Trading Symbol
Applied Micro Circuits Corporation (AMCC)

3 I R S Identification Number of Reporting Person, if an entity (Voluntary)

4 Statement for Month/Year
November 1999

5 If Amendment, Date of Original (Month/Year)

6 Relationship of Reporting Person(s) to Issuer (Check all applicable)
X Director ____ 10% Owner
X Officer (give title below) ____ Other (specify below)
President and CEO

7 Individual or Joint/Group Filing (Check Applicable Line)
X Form filed by One Reporting Person
___ Form filed by More than One Reporting Person

### Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1 Title of Security (Instr 3) | 2 Transaction Date (Month/Day/Year) | 3 Transaction Code (Instr 8) Code | V | 4 Securities Acquired (A) or Disposed of (D) (Instr 3, 4 and 5) Amount | (A) or (D) | Price | 5 Amount of Securities Beneficially Owned at End of Month (Instr 3 and 4) | 6 Ownership Form Direct (D) or Indirect (I) (Instr 4) | 7 Nature of Indirect Beneficial Ownership (Instr 4) |
|---|---|---|---|---|---|---|---|---|---|
| Common Stock | 11/09/99 | S | | 25,000 | D | $82 50000 | | D | |
| Common Stock | 11/10/99 | G | V | 50,000 | D | | | D | |
| Common Stock | 11/23/99 | .S | | 25,000 | D | $85 00000 | | D | |
| Common Stock | 11/23/99 | G | V | 25,000 | D | | 592,278 | D | |
| Common Stock | 11/09/99 | S | | 1,200 | D | $82.75000 | 0 | I | by Daughter 1 |
| Common Stock | 11/09/99 | S | | 1,200 | D | $92 75000 | 0 | I | by Daughter 2 |
| Common Stock | 11/09/99 | S | | 1,200 | D | $82 75000 | 0 | I | by Daughter 3 |
| Common Stock | 11/09/99 | S | | 1,200 | D | $82 75000 | 0 | I | by Daugh[illegible] |
| | | | | | | | | | |
| | | | | | | | | | |

RECEIVED DEC 1 0 1999 SEC 130

Reminder Report on a separate line for each class of securities beneficially owned directly or indirectly *If the form is filed by more than one reporting person, see Instruction 4(b)(v)

Potential persons who are to respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB control number

SEC 1

30946660

**FORM 4 (continued)**

## Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned
(e g puts, calls, warrants, options, convertible securities)

| 1 Title of Derivative Security (Instr 3) | 2 Conversion or Exercise Price of Derivative Security | 3 Transaction Date (Month/Day/Year) | 4 Transaction Code (Instr 8) | | 5 Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr 3, 4, and 5) | | 6 Date Exercisable and Expiration Date (Month/Day/Year) | | 7 Title and Amount of Underlying Securities (Instr 3 and 4) | | 8 Price of Derivative Security (Instr 5) | 9 Number of derivative Securities Beneficially Owned at End of Month (Instr 4) | 10 Ownership Form of Derivative Security Direct (D) or Indirect (I) (Instr 4) | 11 Nature of Indirect Beneficial Ownership (Instr 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |

Explanation of Responses

12-9-99

**Signature of Reporting Person    Date

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations
See 18 U S C 1001 and 15 U S C 78ff(a)

Note File three copies of this Form, one of which must be manually signed If space is insufficient, see Instruction 6 for procedure

Potential persons who are to respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number

# FORM 4

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

(Print or Type Responses)

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
**Washington, D.C. 20549**

## STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934, Section 17(a) of the Public Utility Holding Company Act of 1935 or Section 30(f) of the Investment Company Act of 1940

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-028 |
| Expires: | September 30, 199 |
| Estimated average burden hours per response | ...... 0. |

1. Name and Address of Reporting Person*
Rickey, David M.
(Last) (First) (Middle)
6290 Sequence Drive
(Street)
San Diego, CA. 92121
(City) (State) (Zip)

2. Issuer Name and Ticker or Trading Symbol
Applied Micro Circuits Corporation (AMCC)

3. I.R.S. Identification Number of Reporting Person, if an entity (Voluntary)

4. Statement for Month/Year
October 1999

5. If Amendment, Date of Original (Month/Year)

6. Relationship of Reporting Person(s) to Issuer (Check all applicable)
X Director ___ 10% Owner
X Officer (give title below) ___ Other (specify below)
President and CEO

7. Individual or Joint/Group Filing (Check Applicable Line)
X Form filed by One Reporting Person
___ Form filed by More than One Reporting Person

### Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned at End of Month (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|
| | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 04/28/99 | G | V | 20,000 | D | | | D | |
| Common Stock | 09/27/99 | G | V | 20,000 | D | | | D | |
| Common Stock | 09/27/99 | G | V | 20,000 | D | | | D | |
| Common Stock | 10/15/99 | S | | 25,000 | D | $63.[illegible] | | D | |
| Common Stock | 10/26/99 | S | | 25,000 | D | $66.65000 | | D | |
| Common Stock | 10/29/99 | S | | 25,000 | D | $77.18750 | | D | |
| Common Stock | 10/29/99 | G | V | 30,000 | D | | 717,278 | D | |
| Common Stock | | | | | | | 1,200 | I | by Daught |
| Common Stock | | | | | | | 1,200 | I | by Daught |
| Common Stock | | | | | | | 1,200 | I | by Daught |

SEC MAIL PROCESSING SECTION RECEIVED NOV 1 0 1999 455 WASH. D.C.

30951678

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly. *If the form is filed by more than one reporting person, see Instruction 4(b)(v).

Potential persons who are to respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB control number.

**FORM 4 (continued)**

**Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned**
(*e.g.* puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4, and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Underlying Securities (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned at End of Month (Instr. 4) | 10. Ownership Form of Derivative Security: Direct (D) or Indirect (I) (Instr. 4) | 11. Nat[illegible] of Indi[illegible] Ben[illegible] cial Ow[illegible] ship (I[illegible] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Non-Qualified Stock Option (right to buy) | $25.93750 | 04/23/99 | A | V | 160,000 | | (1) | 04/23/09 | Common Stock | 160,000 | | 320,000 | D | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |

Explanation of Responses:

**See continuation page(s) for footnotes**

____________________ __________

**Signature of Reporting Person Date

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations.
*See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

Potential persons who are to respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.

SEC 147

# FORM 4 (continued)

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

(Print or Type Responses)

UNITED STATES SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

## STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934, Section 17(a) of the Public Utility Holding Company Act of 1935 or Section 30(f) of the Investment Company Act of 1940

OMB APPROVAL
OMB Number: 3235-02
Expires: September 30, 19
Estimated average burden hours per response . . . . .

1. Name and Address of Reporting Person*
Rickey, David M.
(Last) (First) (Middle)
6290 Sequence Drive
(Street)
San Diego, CA. 92121
(City) (State) (Zip)

2. Issuer Name and Ticker or Trading Symbol
Applied Micro Circuits Corporation (AMCC)

3. I.R.S. Identification Number of Reporting Person, if an entity (Voluntary)

4. Statement for Month/Year
October 1999

5. If Amendment, Date of Original (Month/Year)

6. Relationship of Reporting Person(s) to Issuer (Check all applicable)
___ Director ___ 10% Owner
___ Officer (give title below) ___ Other (specify below)

7. Individual or Joint/Group Filing (Check Applicable)
___ Form filed by One Reporting Person
___ Form filed by More than One Reporting Person

### Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned at End of Month (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|
| | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | | | | | | | | I | by Daughter |
| Common Stock | 09/27/99 | G | V | 20,000 | A | | | | by Trust |
| Common Stock | 10/15/99 | S | | 5,000 | D | $63.0[illegible] | | I | by Trust |
| Common Stock | 10/26/99 | S | | 8,500 | D | $66.76470 | | I | by Trust |
| Common Stock | 10/27/99 | S | | 6,500 | D | $65.43750 | 0 | I | by Trust |

SEC MAIL PROCESSING RECEIVED NOV 1 0 1999 WASH. D.C. 455 SECTION

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly. *If the form is filed by more than one reporting person, see Instruction 4(b)(v).
Potential persons who are to respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB control number.

**FORM 4 (continued)**

**Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned**
**(*e.g.* puts, calls, warrants, options, convertible securities)**

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4, and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Underlying Securities (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned at End of Month (Instr. 4) | 10. Ownership Form of Derivative Security: Direct (D) or Indirect (I) (Instr. 4) | 11. Nat of Indi Ben cial Ow shi (Ins |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |

Explanation of Responses:

**See continuation page(s) for footnotes**

**Signature of Reporting Person — Date

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations.
*See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

Potential persons who are to respond to the collection of information contained in this form are not ... currently valid OMB Number

Rickey, David M.
6290 Sequence Drive
San Diego, CA. 92121

Applied Micro Circuits Corporation (AMCC)
October 1999

Page 5 of 5 pages

(1)   Option vests as to 25% of the shares on March 31, 2000 and 1/48 per month thereafter.

-     On September 9, 1999, the common stock of Applied Micro Circuits Corporation split 2-for-1.  The reporting person's end of period holdings reflect this stock split.

# FORM 4

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

(Print or Type Responses)

PROCESSING
RECEIVED
SEP 10 1999
SECTION
D.C.

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
**Washington, D.C. 20549**

## STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934, Section 17(a) of the Public Utility Holding Company Act of 1935 or Section 30(f) of the Investment Company Act of 1940

**OMB APPROVAL**
OMB Number: 3235-0287
Expires: September 30, 1998
Estimated average burden hours per response . . . . . . 0.5

1. Name and Address of Reporting Person*
Rickey, David M.
(Last) (First) (Middle)
6290 Sequence Drive
(Street)
San Diego, CA. 92121
(City) (State) (Zip)

2. Issuer Name and Ticker or Trading Symbol
Applied Micro Circuits Corporation (AMCC)

3. I.R.S. Identification Number of Reporting Person, if an entity (Voluntary)

4. Statement for Month/Year
August 1999

5. If Amendment, Date of Original (Month/Year)

6. Relationship of Reporting Person(s) to Issuer (Check all applicable)
X Director
X Officer (give title below)
___ 10% Owner
___ Other (specify below)
President and CEO

7. Individual or Joint/Group Filing (Check Applicable Line)
X Form filed by One Reporting Person
___ Form filed by More than One Reporting Person

### Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned at End of Month (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|
| | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 08/23/99 | S | | 10,000 | D | $94.83130 | | D | |
| Common Stock | 08/24/99 | S | | 5,000 | D | $95.68750 | | D | |
| Common Stock | 08/26/99 | S | | 10,000 | D | $97.06250 | 451,141 | D | |
| Common Stock | | | | | | | 600 | I | by Daughter |
| Common Stock | | | | | | | 600 | I | by Daughter |
| Common Stock | | | | | | | 600 | I | by Daughter |
| Common Stock | | | | | | | 600 | I | by Daughter |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly. *If the form is filed by more than one reporting person, see Instruction 4(b)(v).

... are not required to respond unless the form displays a currently valid OMB control number.

SI

30921232

FORM 4 (continued)

**Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned**
**(*e.g.* puts, calls, warrants, options, convertible securities)**

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4, and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Underlying Securities (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned at End of Month (Instr. 4) | 10. Ownership Form of Derivative Security: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |

Explanation of Responses:

**Signature of Reporting Person

Date

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations.
*See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

Potential persons who are to respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.

# FORM 4

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

(Print or Type Responses)

UNITED STATES SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

## STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934, Section 17(a) of the Public Utility Holding Company Act of 1935 or Section 30(f) of the Investment Company Act of 1940

OMB APPROVAL
OMB Number: 3235-0287
Expires: September 30, 1998
Estimated average burden hours per response....... 0.5

1. Name and Address of Reporting Person*

Rickey, David M.
(Last) (First) (Middle)

6290 Sequence Drive
(Street)

San Diego, CA. 92121
(City) (State) (Zip)

2. Issuer Name and Ticker or Trading Symbol
Applied Micro Circuits Corporation (AMCC)

3. I.R.S. Identification Number of Reporting Person, if an entity (Voluntary)

4. Statement for Month/Year
July 1999

5. If Amendment, Date of Original (Month/Year)

6. Relationship of Reporting Person(s) to Issuer (Check all applicable)
X Director
X Officer (give title below)
___ 10% Owner
___ Other (specify below)
President and CEO

7. Individual or Joint/Group Filing (Check Applicable Line)
X Form filed by One Reporting Person
___ Form filed by More than One Reporting Person

### Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned at End of Month (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|
| | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 07/19/99 | S | | 25,000 | D | $91.83500 | 476,141 | D | |
| Common Stock | | | | | | | 600 | I | by Daughter 1 |
| Common Stock | | | | | | | 600 | I | by Daughter 2 |
| Common Stock | | | | | | | 600 | I | by Daughter 3 |
| Common Stock | | | | | | | 600 | I | by Daughter 4 |

AUG 0 6 1999

30883368

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly. *If the form is filed by more than one reporting person, see Instruction 4(b)(v).

Potential persons who are to respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB control number.

(Over)
SEC 1474 (7-97)

**FORM 4 (continued)**

**Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned**
**(*e.g.* puts, calls, warrants, options, convertible securities)**

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/ Day/ Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4, and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/ Year) | | 7. Title and Amount of Underlying Securities (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned at End of Month (Instr. 4) | 10. Ownership Form of Derivative Security: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |

Explanation of Responses:

[signature] 8-9-99

**Signature of Reporting Person Date

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations.
*See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

Potential persons who are to respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.

# FORM 4

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

(Print or Type Responses)

SEC PROCESSING SECTION RECEIVED JUL 06 1999 WASH, D.C. 192

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
**Washington, D.C. 20549**

## STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934, Section 17(a) of the Public Utility Holding Company Act of 1935 or Section 30(f) of the Investment Company Act of 1940

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Expires: | September 30, 1998 |
| Estimated average burden hours per response | 0.5 |

1. Name and Address of Reporting Person*
Rickey, David M.
(Last) (First) (Middle)
6290 Sequence Drive
(Street)
San Diego, CA. 92121
(City) (State) (Zip)

2. Issuer Name and Ticker or Trading Symbol
Applied Micro Circuits Corporation (AMCC)

3. I.R.S. Identification Number of Reporting Person, if an entity (Voluntary)

4. Statement for Month/Year
May 1999

5. If Amendment, Date of Original (Month/Year)
June 1999

6. Relationship of Reporting Person(s) to Issuer (Check all applicable)
X Director
X Officer (give title below)
___ 10% Owner
___ Other (specify below)
President and CEO

7. Individual or Joint/Group Filing (Check Applicable Line)
X Form filed by One Reporting Person
___ Form filed by More than One Reporting Person

### Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned at End of Month (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|
| | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 05/03/99 | S | | 16,320 | D | $53.93750 | | D | |
| Common Stock | 05/04/99 | S | | 21,320 | D | $54.13170 | | D | |
| Common Stock | 05/19/99 | S | | 12,500 | D | $54.93750 | | D | |
| Common Stock | 05/20/99 | S | | 7,500 | D | $55.43750 | 501,141 | D | |
| Common Stock | | | | | | | 600 | I | by Daughter 1 |
| Common Stock | | | | | | | 600 | I | by Daughter 2 |
| Common Stock | | | | | | | 600 | I | by Daughter 3 |
| Common Stock | | | | | | | 600 | I | by Daughter 4 |
| | | | | | | | | | |
| | | | | | | | | | |

30847472

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly. *If the form is filed by more than one reporting person, see Instruction 4(b)(v).

Potential persons who are to respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB control number.

(Over)
SEC 1474 (7-97)

FORM 4 (continued)

**Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned**
**(*e.g.* puts, calls, warrants, options, convertible securities)**

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4, and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Underlying Securities (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned at End of Month (Instr. 4) | 10. Ownership Form of Derivative Security: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |

Explanation of Responses:

David M. Rickey 7/1/99
**Signature of Reporting Person — Date

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations. *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

Potential persons who are to respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.

# FORM 4

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

(Print or Type Responses)

UNITED STATES SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

## STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934, Section 17(a) of the Public Utility Holding Company Act of 1935 or Section 30(f) of the Investment Company Act of 1940

OMB APPROVAL
OMB Number: 3235-0287
Expires: September 30, 1998
Estimated average burden hours per response ...... 0.5

1. Name and Address of Reporting Person*
Rickey, David M.
(Last) (First) (Middle)
6290 Sequence Drive
(Street)
San Diego, CA. 92121
(City) (State) (Zip)

2. Issuer Name and Ticker or Trading Symbol
Applied Micro Circuits Corporation (AMCC)

3. I.R.S. Identification Number of Reporting Person, if an entity (Voluntary)

4. Statement for Month/Year
May 1999

5. If Amendment, Date of Original (Month/Year)

6. Relationship of Reporting Person(s) to Issuer (Check all applicable)
X Director ___ 10% Owner
X Officer (give title below) ___ Other (specify below)
President and CEO

7. Individual or Joint/Group Filing (Check Applicable Line)
X Form filed by One Reporting Person
___ Form filed by More than One Reporting Person

### Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned at End of Month (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|
| | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 05/03/99 | S | | 16,320 | D | $53.93750 | | D | |
| Common Stock | 05/04/99 | S | | 21,320 | D | $54.13170 | 521,141 | D | |
| Common Stock | | | | | | | 600 | I | by Daughter 1 |
| Common Stock | | | | | | | 600 | I | by Daughter 2 |
| Common Stock | | | | | | | 600 | I | by Daughter 3 |
| Common Stock | | | | | | | 600 | I | by Daughter 4 |

SEC MAIL PROCESSING RECEIVED JUN 10 1999 133 WASH, D.C. SECTION

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly. *If the form is filed by more than one reporting person, see Instruction 4(b)(v).

Potential persons who are to respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB control number.

30881096

SE

**FORM 4 (continued)**

**Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned**
**(*e.g.* puts, calls, warrants, options, convertible securities)**

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4, and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Underlying Securities (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned at End of Month (Instr. 4) | 10. Ownership Form of Derivative Security: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |

Explanation of Responses:

David M. Rickey
**Signature of Reporting Person

1/9/99
Date

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations. *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

Potential persons who are to respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.

# FORM 4

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

(Print or Type Responses)

UNITED STATES SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

## STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934, Section 17(a) of the Public Utility Holding Company Act of 1935 or Section 30(f) of the Investment Company Act of 1940

OMB APPROVAL
OMB Number: 3235-0287
Expires: September 30, 1998
Estimated average burden hours per response . . . . . . 0.5

1. Name and Address of Reporting Person*

Rickey, David M.
(Last) (First) (Middle)

6290 Sequence Drive
(Street)

San Diego, CA. 92121
(City) (State) (Zip)

2. Issuer Name and Ticker or Trading Symbol

Applied Micro Circuits Corporation (AMCC)

3. I.R.S. Identification Number of Reporting Person, if an entity (Voluntary)

4. Statement for Month/Year

April 1999

5. If Amendment, Date of Original (Month/Year)

6. Relationship of Reporting Person(s) to Issuer (Check all applicable)

X Director
X Officer (give title below)
___ 10% Owner
___ Other (specify below)

President and CEO

7. Individual or Joint/Group Filing (Check Applicable Line)

X Form filed by One Reporting Person
___ Form filed by More than One Reporting Person

### Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned at End of Month (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|
| | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 04/27/99 | S | | 42,020 | D | $53.07020 | | D | |
| Common Stock | 04/29/99 | S | | 11,100 | D | $50.43750 | | D | |
| Common Stock | 04/30/99 | S | | 9,240 | D | $52.43750 | 558,781 | D | |
| Common Stock | | | | | | | 600 | I | by Daughter 1 |
| Common Stock | | | | | | | 600 | I | by Daughter 2 |
| Common Stock | | | | | | | 600 | I | by Daughter 3 |
| Common Stock | | | | | | | 600 | I | by Daughter 4 |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly. *If the form is filed by more than one reporting person, see Instruction 4(b)(v).

30792297

SEC 1

FORM 4 (continued)

**Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned**
**(e.g. puts, calls, warrants, options, convertible securities)**

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4, and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Underlying Securities (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned at End of Month (Instr. 4) | 10. Ownership Form of Derivative Security: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |

Explanation of Responses:

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations.
*See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

Potential persons who are to respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.

[signature] 5-7-99
**Signature of Reporting Person — Date

# FORM 4

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

(Print or Type Responses)

UNITED STATES SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

## STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934, Section 17(a) of the Public Utility Holding Company Act of 1935 or Section 30(f) of the Investment Company Act of 1940

OMB APPROVAL
OMB Number: 3235-0287
Expires: September 30, 1998
Estimated average burden hours per response ...... 0.5

1. Name and Address of Reporting Person*

**Rickey, David M.**
(Last) (First) (Middle)

**6290 Sequence Drive**
(Street)

**San Diego, CA. 92121**
(City) (State) (Zip)

2. Issuer Name and Ticker or Trading Symbol

**Applied Micro Circuits Corporation (AMCC)**

3. I.R.S. Identification Number of Reporting Person, if an entity (Voluntary)

4. Statement for Month/Year

**January 1999**

5. If Amendment, Date of Original (Month/Year)

6. Relationship of Reporting Person(s) to Issuer (Check all applicable)

X Director ___ 10% Owner
X Officer (give title below) ___ Other (specify below)

**President and CEO**

7. Individual or Joint/Group Filing (Check Applicable Line)
X Form filed by One Reporting Person
___ Form filed by More than One Reporting Person

### Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned at End of Month (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|
| | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 01/21/99 | S | | 30,000.00 | D | $45.00000 | | D | |
| Common Stock | 01/26/99 | S | | 15,000.00 | D | $42.68750 | | D | |
| Common Stock | 01/28/99 | S | | 5,000.00 | D | $42.18750 | 621,141.00 | D | |
| Common Stock | | | | | | | 600.00 | I | by Daughter 1 |
| Common Stock | | | | | | | 600.00 | I | by Daughter 2 |
| Common Stock | | | | | | | 600.00 | I | by Daughter 3 |
| | | | | | | | 600.00 | I | by Daughter 4 |

SEC MAIL PROCESSING RECEIVED FEB 10 1999 365 WASH. D.C. SECTION

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly. *If the form is filed by more than one reporting person, see Instruction 4(b)(v).
Potential persons who are to respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB control number.

30737734

FORM 4 (continued)

## Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned
### (*e.g.* puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4, and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Underlying Securities (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned at End of Month (Instr. 4) | 10. Ownership Form of Derivative Security: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |

Explanation of Responses:

**See continuation page(s) for footnotes**

[signature] 2-4-99

**Signature of Reporting Person — Date

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations. *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

Potential persons who are to respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.

[illegible], David M.
6290 Sequence Drive
San Diego, CA. 92121

Applied Micro Circuits Corporation (AMCC)
January 1999

Page 3 of 3 pages

- The end of month holdings include 3,125 shares acquired under the AMCC 1997 Employee Stock Purchase Plan in January 1999.

# FORM 4

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

(Print or Type Responses)

UNITED STATES SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

## STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934, Section 17(a) of the Public Utility Holding Company Act of 1935 or Section 30(f) of the Investment Company Act of 1940

PROCESSING SECTION
RECEIVED
JAN 1 1 1999
370
SEC MAIL
WASH, D.C.

OMB APPROVAL
OMB Number: 3235-0287
Expires: September 30, 1998
Estimated average burden hours per response ...... 0.5

1. Name and Address of Reporting Person*
**Rickey, David M.**
(Last) (First) (Middle)
**6290 Sequence Drive**
(Street)
**San Diego, CA. 92121**
(City) (State) (Zip)

2. Issuer Name and Ticker or Trading Symbol
**Applied Micro Circuits Corporation (AMCC)**

3. I.R.S. Identification Number of Reporting Person, if an entity (Voluntary)

4. Statement for Month/Year
**December 1998**

5. If Amendment, Date of Original (Month/Year)

6. Relationship of Reporting Person(s) to Issuer (Check all applicable)
X Director ___ 10% Owner
X Officer (give title below) ___ Other (specify below)
**President and CEO**

7. Individual or Joint/Group Filing (Check Applicable Line)
X Form filed by One Reporting Person
___ Form filed by More than One Reporting Person

### Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned at End of Month (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|
| | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 12/29/98 | G | V | 2,400.00 | D | | 668,016.00 | D | |
| Common Stock | 12/29/98 | G (1) | V | 600.00 | A | | 600.00 | I | by Daughter 1 |
| Common Stock | 12/29/98 | G (1) | V | 600.00 | A | | 600.00 | I | by Daughter 2 |
| Common Stock | 12/29/98 | G (1) | V | 600.00 | A | | 600.00 | I | by Daughter 3 |
| Common Stock | 12/29/98 | G (1) | V | 600.00 | A | | 600.00 | I | by Daughter 4 |

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly. *If the form is filed by more than one reporting person, see Instruction 4(b)(v).

30 70 0986

**FORM 4 (continued)**

**Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned**
**(*e.g.*, puts, calls, warrants, options, convertible securities)**

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4, and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Underlying Securities (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned at End of Month (Instr. 4) | 10. Ownership Form of Derivative Security: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |

Explanation of Responses:

**See continuation page(s) for footnotes**

| | |
|---|---|
| [signature] | [illegible] |
| **Signature of Reporting Person | Date |

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations. *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

Potential persons who are to respond to the collection of information contained in this form are not

Rickey, David M.
6290 Sequence Drive
San Diego, CA, 92121

Applied Micro Circuits Corporation (AMCC)
December 1998

Page 3 of 3 pages

(1)    Transfer to daughter under the California Uniform Transfer to Minors Act. Reporting person is custodian for daughter.