DOUGLAS J. CLARK, State Bar No. 171499
DANIEL W. TURBOW, State Bar No. 175015
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
Email: dturbow@wsgr.com

Attorneys for Nominal Defendant
Applied Micro Circuits Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LEON S. SEGEN, derivatively on behalf of APPLIED MICRO CIRCUITS CORPORATION, INC.,<br><br>Plaintiff<br><br>v.<br><br>DAVID M. RICKEY, WILLIAM E. BENDUSH, and APPLIED MICRO CIRCUITS CORPORATION,<br><br>Defendants. | CASE NO.: C 07-2917 MJJ<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING DEADLINE TO FILE DEFENDANTS' RESPONSES TO COMPLAINT AND RELATED SCHEDULING MATTERS**<br><br>DATE: September 11, 2007<br>TIME: 2:00 p.m.<br><br>JUDGE: Honorable Martin J. Jenkins |

STIP. AND [PROP.] ORDER CONTINUING DEADLINE TO FILE DEFS.' RESPONSES TO COMPLAINT AND RELATED SCHED. MATTERS, CASE NO. C 07-2917 MJJ

3164596_1.DOC

1 WHEREAS plaintiff filed his complaint on June 5, 2007 in this action;

2 WHEREAS the Court issued an order dated June 5, 2007 setting the initial case management conference and ADR deadlines;

3 WHEREAS defendants' responses to the complaint are currently due on August 13, 2007;

4 WHEREAS defendants' counsel has requested a brief, two week extension of the deadline to file their responses to the complaint due to scheduling conflicts;

5 WHEREAS defendants anticipate filing motions to dismiss the complaint;

6 WHEREAS counsel have also conferred about the timing of the initial Case Management Conference currently scheduled in this action for September 11, 2007, and agree that to conserve party and judicial resources, the initial Case Management Conference should be continued to coincide with the hearing date for the anticipated motions in response to the complaint;

7 WHEREAS, the requests set forth herein are in compliance with the deadlines set forth in Local Rule 7-3(c).

NOW THEREFORE, the parties stipulate and agree, by and through their counsel of record in this action and subject to the approval of the Court, to the following modifications to the current deadlines and hearing dates in this action:

1. The deadline for defendants to respond to the complaint is extended to and including August 28, 2007.

2. If motions to dismiss the complaint are filed, the parties propose the following schedule:

(a) Plaintiff's opposition would be due on October 12, 2007;

(b) Defendants' reply papers would be due November 9, 2007; and

(c) The hearing on defendants' motions to dismiss shall take place at 9:30 a.m. on November 27, 2007.

3. The Initial Case Management Conference in this action should be continued from September 11, 2007 to November 27, 2007, to take place immediately after the hearing on the

1  motions to dismiss or if no motions are filed, to be heard at 2:30 p.m. at the Court's regularly
2  scheduled time for Case Management Conferences.

4  Dated: August 3, 2007

   WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation

   By:  /s/ Daniel W. Turbow
        Daniel W. Turbow

   Attorneys for Nominal Defendant
   Applied Micro Circuits Corporation

9  Dated: August 3, 2007

   SCHUBERT & REED LLP
   ROBERT C. SCHUBERT
   WILLEM F. JONCKHEER
   Three Embarcadero Center, Suite 1650
   San Francisco, CA 94111
   Telephone: (415) 788-4220
   Facsimile: (415) 788-0161


   By:  /s/ Willem F. Jonckheer
        Willem F. Jonckheer

   Counsel for Plaintiff Leon S. Segen

      -and-

   BRAGAR WEXLER & EAGEL, P.C.
   PAUL D. WEXLER
   885 Third Avenue
   New York, NY 10022
   Telephone: (212) 308-5858

      -and-

   OSTRAGER CHONG FLAHERTY &
   BROITMAN P.C.
   GLENN F. OSTRAGER
   570 Lexington Avenue
   New York, NY 10022
   Telephone: (212) 681-0600

25  ///

Dated: August 3, 2007

MORRISON & FOERSTER, LLP
JAMES J. BROSNAHAN
D. ANTHONY RODRIGUEZ
425 Market Street
San Francisco, CA 94105-2842
Telephone: (415) 268-7000
Facsimile: (415) 268-7522


By: ____/s/ D. Anthony Rodriguez____
D. Anthony Rodriguez

Attorneys for Defendant David M. Rickey

Dated: August 3, 2007

McKENNA LONG & ALDRIDGE LLP
CHRISTIAN D. HUMPHREYS
TIMOTHY A. HORTON
750 B Street, Suite 3300
San Diego, CA 92101
Telephone: (619) 595-5400
Facsimile: (619) 595-5450


By: ____/s/ Timothy A. Horton____
Timothy A. Horton

Attorneys for Defendant William E. Bendush

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____

_____
United States District Judge

1     I, Daniel W. Turbow, am the ECF User whose identification and password are being used to file this Stipulation and [Proposed] Order Continuing Deadline to File Defendants' Responses to Complaint and Related Scheduling Matters.  In compliance with General Order 45.X.B, I hereby attest that Willem F. Jonckheer, D. Anthony Rodriguez, and Timothy A. Horton have concurred in this filing.

Dated:  August 3, 2007

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation


By: ___/s/ Daniel W. Turbow___
      Daniel W. Turbow

# CERTIFICATE OF SERVICE

I, Franchette Garcia, declare:

I am employed in Santa Clara County, State of California. I am over the age of 18 years and not a party to the within action. My business address is Wilson Sonsini Goodrich & Rosati, 650 Page Mill Road, Palo Alto, California 94304-1050.

On this date, I served:

1. **STIPULATION AND [PROPOSED] ORDER CONTINUING DEADLINE TO FILE DEFENDANTS' RESPONSES TO COMPLAINT AND RELATED SCHEDULING MATTERS**

☒ By placing the document(s) in a sealed envelope for collection and mailing with the United States Postal Service on this date to the following person(s):

**SEE ATTACHED SERVICE LIST**

☐ By consigning the document(s) to an express mail service for guaranteed next day delivery to the following person(s):

☐ By consigning the document(s) to a messenger for guaranteed hand delivery on this date to the following person(s):

☐ By consigning the document(s) to a facsimile operator for transmittal on this date to the following person(s):

☐ By forwarding the document(s) by electronic transmission on this date, in compliance with Civil L.R. 23-2, to the Designated Internet Site(s) listed below:

I am readily familiar with Wilson Sonsini Goodrich & Rosati's practice for collection and processing of documents for delivery according to instructions indicated above. In the ordinary course of business, documents would be handled accordingly.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed at Palo Alto, California on August 3, 2007.

                                            /s/ Franchette Garcia
                                            Franchette Garcia

# SERVICE LIST

| | | |
|---|---|---|
| * Robert C. Schubert, Esq.<br>* Willem F. Jonckheer, Esq.<br>Schubert & Reed LLP<br>Three Embarcadero Center, Suite 1650<br>San Francisco, CA 94111<br>Telephone: (415) 788-4220<br>Facsimile: (415) 788-0161<br>Email: rschubert@schubert-reed.com<br>Email: wjonckheer@schubert-reed.com | representing | **Leon S. Segen**<br>*(Plaintiff)* |
| * Glenn F. Ostrager, Esq.<br>Ostrager Chong Flaherty & Broitman P.C.<br>570 Lexington Avenue<br>New York, NY 10022<br>Telephone: (212) 681-0600<br>Facsimile: (212) 681-0300<br>Email: gostrager@ocfblaw.com | representing | **Leon S. Segen**<br>*(Plaintiff)* |
| * Paul D. Wexler, Esq.<br>Bragar Wexler & Eagel, P.C.<br>885 Third Avenue<br>New York, NY 10022<br>Telephone: (212) 308-5858<br>Facsimile: (212) 486-0462<br>Email: wexler@bragarwexler.com | representing | **Leon S. Segen**<br>*(Plaintiff)* |
| James J. Brosnahan, Esq.<br>D. Anthony Rodriguez, Esq.<br>Morrison & Foerster LLP<br>425 Market Street<br>San Francisco, CA 94105<br>Telephone: (415) 268-7000<br>Facsimile: (415) 268-7522<br>Email: jbrosnahan@mofo.com<br>Email: drodriguez@mofo.com | representing | **David M. Rickey**<br>*(Defendant)* |
| Christian D. Humphreys, Esq.<br>Timothy A. Horton, Esq.<br>McKenna Long & Aldridge LLP<br>750 B Street, Suite 3300<br>San Diego, CA 92101<br>Telephone: (619) 595-5400<br>Facsimile: (619) 595-5450<br>Email: chumphreys@mckennalong.com<br>Email: thorton@mckennalong.com | representing | **William E. Bendush**<br>*(Defendant)* |

* Denotes service via Electronic Case Filing system.