DOUGLAS J. CLARK, State Bar No. 171499
DANIEL W. TURBOW, State Bar No. 175015
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
Email: dturbow@wsgr.com

Attorneys for Nominal Defendant
Applied Micro Circuits Corporation

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| LEON S. SEGEN, derivatively on behalf of APPLIED MICRO CIRCUITS CORPORATION, INC.,<br><br>　　　Plaintiff<br><br>v.<br><br>DAVID M. RICKEY, WILLIAM E. BENDUSH, and APPLIED MICRO CIRCUITS CORPORATION,<br><br>　　　Defendants. | CASE NO.: C 07-2917 MJJ<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING DEADLINE TO FILE DEFENDANTS' RESPONSES TO COMPLAINT AND RELATED SCHEDULING MATTERS**<br><br>DATE:　September 11, 2007<br>TIME:　2:00 p.m.<br><br>JUDGE:　Honorable Martin J. Jenkins |

STIP. AND [PROP.] ORDER CONTINUING DEADLINE TO FILE DEFS.' RESPONSES TO COMPLAINT AND RELATED SCHED. MATTERS, CASE NO. C 07-2917 MJJ

3164596_1.DOC

1  WHEREAS plaintiff filed his complaint on June 5, 2007 in this action;

2  WHEREAS the Court issued an order dated June 5, 2007 setting the initial case management conference and ADR deadlines;

WHEREAS defendants' responses to the complaint are currently due on August 13, 2007;

WHEREAS defendants' counsel has requested a brief, two week extension of the deadline to file their responses to the complaint due to scheduling conflicts;

WHEREAS defendants anticipate filing motions to dismiss the complaint;

WHEREAS counsel have also conferred about the timing of the initial Case Management Conference currently scheduled in this action for September 11, 2007, and agree that to conserve party and judicial resources, the initial Case Management Conference should be continued to coincide with the hearing date for the anticipated motions in response to the complaint;

WHEREAS, the requests set forth herein are in compliance with the deadlines set forth in Local Rule 7-3(c).

NOW THEREFORE, the parties stipulate and agree, by and through their counsel of record in this action and subject to the approval of the Court, to the following modifications to the current deadlines and hearing dates in this action:

1. The deadline for defendants to respond to the complaint is extended to and including August 28, 2007.

2. If motions to dismiss the complaint are filed, the parties propose the following schedule:

(a) Plaintiff's opposition would be due on October 12, 2007;

(b) Defendants' reply papers would be due November 9, 2007; and

(c) The hearing on defendants' motions to dismiss shall take place at 9:30 a.m. on November 27, 2007.

3. The Initial Case Management Conference in this action should be continued from September 11, 2007 to November 27, 2007, to take place immediately after the hearing on the

1  motions to dismiss or if no motions are filed, to be heard at 2:30 p.m. at the Court's regularly
2  scheduled time for Case Management Conferences.
3
4  Dated: August 3, 2007                                WILSON SONSINI GOODRICH & ROSATI
                                                        Professional Corporation
5
6
                                                        By:   /s/ Daniel W. Turbow
7                                                             Daniel W. Turbow

8                                                       Attorneys for Nominal Defendant
                                                        Applied Micro Circuits Corporation
9
   Dated: August 3, 2007                                SCHUBERT & REED LLP
10                                                      ROBERT C. SCHUBERT
                                                        WILLEM F. JONCKHEER
11                                                      Three Embarcadero Center, Suite 1650
                                                        San Francisco, CA 94111
12                                                      Telephone: (415) 788-4220
                                                        Facsimile: (415) 788-0161
13
14
                                                        By:   /s/ Willem F. Jonckheer
15                                                            Willem F. Jonckheer

16                                                      Counsel for Plaintiff Leon S. Segen

17                                                          -and-

18                                                      BRAGAR WEXLER & EAGEL, P.C.
                                                        PAUL D. WEXLER
19                                                      885 Third Avenue
                                                        New York, NY 10022
20                                                      Telephone: (212) 308-5858

21                                                          -and-

22                                                      OSTRAGER CHONG FLAHERTY &
                                                        BROITMAN P.C.
23                                                      GLENN F. OSTRAGER
                                                        570 Lexington Avenue
24                                                      New York, NY 10022
                                                        Telephone: (212) 681-0600
25  ///
26
27
28

Stip. and [Prop.] Order Continuing Deadline to    -2-    3164596_1.DOC
File Defs.' Responses to Complaint and Related
Sched. Matters, Case No. C 07-2917 MJJ

| | |
|---|---|
| 1  Dated: August 3, 2007 | MORRISON & FOERSTER, LLP<br>JAMES J. BROSNAHAN<br>D. ANTHONY RODRIGUEZ<br>425 Market Street<br>San Francisco, CA 94105-2842<br>Telephone: (415) 268-7000<br>Facsimile: (415) 268-7522 |

By: \_\_\_\_/s/ D. Anthony Rodriguez\_\_\_\_\_
D. Anthony Rodriguez

Attorneys for Defendant David M. Rickey

Dated: August 3, 2007

McKENNA LONG & ALDRIDGE LLP
CHRISTIAN D. HUMPHREYS
TIMOTHY A. HORTON
750 B Street, Suite 3300
San Diego, CA 92101
Telephone: (619) 595-5400
Facsimile: (619) 595-5450

By: \_\_\_\_/s/ Timothy A. Horton\_\_\_\_\_
Timothy A. Horton

Attorneys for Defendant William E. Bendush

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 8/8/2007

*[signature]*
United States District Judge

1  I, Daniel W. Turbow, am the ECF User whose identification and password are being used
2  to file this Stipulation and [Proposed] Order Continuing Deadline to File Defendants' Responses
3  to Complaint and Related Scheduling Matters. In compliance with General Order 45.X.B, I
4  hereby attest that Willem F. Jonckheer, D. Anthony Rodriguez, and Timothy A. Horton have
5  concurred in this filing.

6  Dated: August 3, 2007                     WILSON SONSINI GOODRICH & ROSATI
                                              Professional Corporation
7
8
                                              By:   /s/ Daniel W. Turbow
9                                                   Daniel W. Turbow

# CERTIFICATE OF SERVICE

I, Franchette Garcia, declare:

I am employed in Santa Clara County, State of California. I am over the age of 18 years and not a party to the within action. My business address is Wilson Sonsini Goodrich & Rosati, 650 Page Mill Road, Palo Alto, California 94304-1050.

On this date, I served:

1. **STIPULATION AND [PROPOSED] ORDER CONTINUING DEADLINE TO FILE DEFENDANTS' RESPONSES TO COMPLAINT AND RELATED SCHEDULING MATTERS**

☒ By placing the document(s) in a sealed envelope for collection and mailing with the United States Postal Service on this date to the following person(s):

**SEE ATTACHED SERVICE LIST**

☐ By consigning the document(s) to an express mail service for guaranteed next day delivery to the following person(s):

☐ By consigning the document(s) to a messenger for guaranteed hand delivery on this date to the following person(s):

☐ By consigning the document(s) to a facsimile operator for transmittal on this date to the following person(s):

☐ By forwarding the document(s) by electronic transmission on this date, in compliance with Civil L.R. 23-2, to the Designated Internet Site(s) listed below:

I am readily familiar with Wilson Sonsini Goodrich & Rosati's practice for collection and processing of documents for delivery according to instructions indicated above. In the ordinary course of business, documents would be handled accordingly.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed at Palo Alto, California on August 3, 2007.

                                                               /s/ Franchette Garcia
                                                               Franchette Garcia

# SERVICE LIST

| | | |
|---|---|---|
| * Robert C. Schubert, Esq.<br>* Willem F. Jonckheer, Esq.<br>Schubert & Reed LLP<br>Three Embarcadero Center, Suite 1650<br>San Francisco, CA  94111<br>Telephone:  (415) 788-4220<br>Facsimile:  (415) 788-0161<br>Email: rschubert@schubert-reed.com<br>Email: wjonckheer@schubert-reed.com | representing | **Leon S. Segen**<br>*(Plaintiff)* |
| * Glenn F. Ostrager, Esq.<br>Ostrager Chong Flaherty & Broitman P.C.<br>570 Lexington Avenue<br>New York, NY 10022<br>Telephone:  (212) 681-0600<br>Facsimile:  (212) 681-0300<br>Email: gostrager@ocfblaw.com | representing | **Leon S. Segen**<br>*(Plaintiff)* |
| * Paul D. Wexler, Esq.<br>Bragar Wexler & Eagel, P.C.<br>885 Third Avenue<br>New York, NY 10022<br>Telephone:  (212) 308-5858<br>Facsimile:  (212) 486-0462<br>Email: wexler@bragarwexler.com | representing | **Leon S. Segen**<br>*(Plaintiff)* |
| James J. Brosnahan, Esq.<br>D. Anthony Rodriguez, Esq.<br>Morrison & Foerster LLP<br>425 Market Street<br>San Francisco, CA 94105<br>Telephone:  (415) 268-7000<br>Facsimile:  (415) 268-7522<br>Email:  jbrosnahan@mofo.com<br>Email:  drodriguez@mofo.com | representing | **David M. Rickey**<br>*(Defendant)* |
| Christian D. Humphreys, Esq.<br>Timothy A. Horton, Esq.<br>McKenna Long & Aldridge LLP<br>750 B Street, Suite 3300<br>San Diego, CA  92101<br>Telephone:  (619) 595-5400<br>Facsimile:  (619) 595-5450<br>Email:  chumphreys@mckennalong.com<br>Email:  thorton@mckennalong.com | representing | **William E. Bendush**<br>*(Defendant)* |

* Denotes service via Electronic Case Filing system.