DOUGLAS J. CLARK, State Bar No. 171499
DANIEL W. TURBOW, State Bar No. 175015
DALE R. BISH, State Bar No. 235390
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
Email: dturbow@wsgr.com

Attorneys for Nominal Defendant
Applied Micro Circuits Corporation

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| LEON S. SEGEN, derivatively on behalf of APPLIED MICRO CIRCUITS CORPORATION, INC., <br><br> Plaintiff <br><br> v. <br><br> DAVID M. RICKEY, WILLIAM E. BENDUSH, and APPLIED MICRO CIRCUITS CORPORATION, <br><br> Defendants. | CASE NO.: C 07-2917 MJJ <br><br> **[PROPOSED] ORDER GRANTING NOMINAL DEFENDANT APPLIED MICRO CIRCUITS CORPORATION'S MOTION TO DISMISS COMPLAINT** <br><br> DATE:   November 27, 2007 <br> TIME:    9:30 a.m. <br> COURTROOM: 11 <br><br> JUDGE:   Honorable Martin J. Jenkins <br><br> Action Filed:   June 5, 2007 <br> Trial Date:    Not Set |

1  Nominal Defendant Applied Micro Circuits Corporation ("AMCC") has moved this Court
2  for an order dismissing plaintiff's Complaint pursuant to Federal Rules of Civil Procedure 8(a),
3  9(b) and 12(b)(6).
4  The Court, having considered the briefs and other documents in support of and in
5  opposition to the motion, having heard the arguments of counsel and being fully advised in this
6  matter, finds as follows:
7  IT IS HEREBY ORDERED that AMCC's Motion to Dismiss is GRANTED in its entirety,
8  and that the Complaint is dismissed with prejudice and without leave to amend.
9  IT IS SO ORDERED.

Dated: _____

THE HONORABLE MARTIN J. JENKINS
United States District Judge