1  DOUGLAS J. CLARK, State Bar No. 171499
   DANIEL W. TURBOW, State Bar No. 175015
2  DALE R. BISH, State Bar No. 235390
   WILSON SONSINI GOODRICH & ROSATI
3  Professional Corporation
   650 Page Mill Road
4  Palo Alto, CA 94304-1050
   Telephone:  (650) 493-9300
5  Facsimile:   (650) 565-5100
   Email:  dbish@wsgr.com
6
   Attorneys for Nominal Defendant
7  Applied Micro Circuits Corporation

8  **UNITED STATES DISTRICT COURT**

9  **NORTHERN DISTRICT OF CALIFORNIA**

10 **SAN FRANCISCO DIVISION**

11 LEON S. SEGEN, derivatively on behalf of    )   CASE NO.:  C 07-2917 MJJ
   APPLIED MICRO CIRCUITS                     )
12 CORPORATION, INC.,                         )
                                              )   **DECLARATION OF DALE R. BISH**
13          Plaintiff                         )   **IN SUPPORT OF NOMINAL**
                                              )   **DEFENDANT APPLIED MICRO**
14 v.                                         )   **CIRCUITS CORPORATION'S**
                                              )   **MOTION TO DISMISS**
15 DAVID M. RICKEY, WILLIAM E. BENDUSH,       )
   and APPLIED MICRO CIRCUITS                 )   DATE:          November 27, 2007
16 CORPORATION,                               )   TIME:          9:30 a.m.
                                              )   COURTROOM: 11
17          Defendants.                       )
                                              )   JUDGE:         Hon. Martin J. Jenkins
18                                            )
                                              )   Action Filed:  June 5, 2007
19                                            )   Trial Date:    Not Set
                                              )
20 _____)

21

22

23

24

25

26

27

28

I, Dale R. Bish, declare as follows:

1. I am an attorney associated with the law firm of Wilson Sonsini Goodrich & Rosati, Professional Corporation, attorneys for Nominal Defendant Applied Micro Circuits Corporation ("AMCC"). I am admitted to practice before the state and federal courts of the State of California, including the United States District Court for the Northern District of California. I submit this declaration in support of AMCC's Motion to Dismiss filed concurrently herewith. I have personal knowledge of the facts set forth in this declaration and can testify competently to those facts.

2. Attached as Exhibit A is a true and correct copy of relevant excerpts from Form 10-K filed by AMCC with the United States Securities and Exchange Commission ("SEC") on January 10, 2007.

3. Attached as Exhibit B is a true and correct copy of AMCC's 1992 stock option plan, which was filed as Exhibit 10.3 to the Form S-1 filed by AMCC with the SEC on October 10, 1997. The Company subsequently revised this stock option plan, a copy of which was filed as Exhibit 10.3 to AMCC's November 15, 1999 Form 10-Q, and is attached hereto as Exhibit C.

4. Attached as Exhibit D is a true and correct copy of an August 27, 2007 order issued by Judge Charles R. Breyer in the matter of *Roth v. Reyes et al.*, Case No. 06-cv-02786 (CRB).

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct. Executed this 28th day of August 2007 at Palo Alto, California.

/s/ Dale R. Bish
Dale R. Bish

1  I, Douglas J. Clark, am the ECF User whose identification and password are being used to file this declaration and hereby attest that I have on file the holograph signature for any signature indicated by a "conformed" signature (/S/) within this e-filed document.

Dated: August 28, 2007                WILSON SONSINI GOODRICH & ROSATI
                                      Professional Corporation


                                      By:    /s/ Douglas J. Clark
                                              Douglas J. Clark

                                      Attorneys for Nominal Defendant
                                      Applied Micro Circuits Corporation