DOUGLAS J. CLARK, State Bar No. 171499
DANIEL W. TURBOW, State Bar No. 175015
DALE R. BISH, State Bar No. 235390
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone:  (650) 493-9300
Facsimile:   (650) 565-5100
Email:  dclark@wsgr.com

Attorneys for Nominal Defendant
Applied Micro Circuits Corporation

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| LEON S. SEGEN, derivatively on behalf of APPLIED MICRO CIRCUITS CORPORATION, INC., <br><br>    Plaintiff <br><br> v. <br><br> DAVID M. RICKEY, WILLIAM E. BENDUSH, and APPLIED MICRO CIRCUITS CORPORATION, <br><br>    Defendants. | CASE NO.:  C 07-2917 MJJ <br><br> **REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF NOMINAL DEFENDANT APPLIED MICRO CIRCUITS CORPORATION'S MOTION TO DISMISS COMPLAINT** <br><br> DATE:           November 27, 2007 <br> TIME:            9:30 a.m. <br> COURTROOM: 11 <br><br> JUDGE:          Hon. Martin J. Jenkins <br><br> Action Filed:  June 5, 2007 <br> Trial Date:     Not Set |

Nominal Defendant Applied Micro Circuits Corporation ("AMCC" or the "Company") has filed a Motion to Dismiss plaintiff's Complaint pursuant to Federal Rules of Civil Procedure 8(a), 9(b) and 12(b)(6). In support of this motion, AMCC is hereby requesting, pursuant to Rule 201 of the Federal Rules of Evidence, that the Court take judicial notice of certain exhibits that are attached to the accompanying declaration of Dale R. Bish ("Bish Declaration"), including excerpts from AMCC's Form 10-K filed with the SEC on January 10, 2007 and the Company's stock option plan both of which have been filed with the United States Securities and Exchange Commission ("SEC").

When ruling on a motion to dismiss, the Court may take judicial notice of "matters of public record outside the pleadings." *MGIC Indem. Corp. v. Weisman*, 803 F.2d 500, 504 (9th Cir. 1986), including documents that are required to be filed with the SEC. *See, e.g., In re Silicon Graphics Inc. Sec. Litig.*, 183 F.3d 970, 986 (9th Cir. 1999); *In re Portal Software, Inc. Sec. Litig.*, No. C-03-5138 VRM, 2005 WL 1910923, at *4 (N.D. Cal. Aug. 10, 2005) (taking judicial notice of SEC filings and press releases); *In re Copper Mountain Sec. Litig.*, 311 F. Supp. 2d 857, 863 (N.D. Cal. 2004) (judicial notice of documents filed with the SEC is proper) (citing *Bryant v. Avado Brands, Inc.*, 187 F.3d 1271, 1276 (11th Cir. 1999)).

Moreover, because they are referenced in the Complaint (*see* Complaint ¶¶ 12, 19, 20), judicial notice of these documents is appropriate for this second, independent reason. *See Silicon Graphics*, 183 F.3d at 986; *In re Peerless Sys., Corp. Sec. Litig.*, 182 F. Supp. 2d 982, 987 (S.D. Cal. 2002) ("When ruling on a motion to dismiss, the court may consider the facts alleged in the complaint, documents attached to the complaint, documents relied upon but not attached to the complaint when authenticity is not contested, and matters of which the Court takes judicial notice.") (citations omitted); *Kramer v. Time Warner Inc.*, 937 F.2d 767, 774 (2d Cir. 1991); *Cortec Indus., Inc. v. Sum Holding L.P.*, 949 F.2d 42, 47-48 (2d Cir. 1991).

///

1  Accordingly, AMCC respectfully requests that the Court grant its request for judicial
2  notice of the above-referenced documents attached as Exhibits A, B and C to the Bish
3  Declaration filed herewith.

Dated:  August 28, 2007

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By:      /s/ Douglas J. Clark
                Douglas J. Clark

Attorneys for Nominal Defendant
Applied Micro Circuits Corporation