DOUGLAS J. CLARK, State Bar No. 171499
DANIEL W. TURBOW, State Bar No. 175015
DALE R. BISH, STATE Bar No. 235390
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
Email: dturbow@wsgr.com

Attorneys for Nominal Defendant
Applied Micro Circuits Corporation

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| LEON S. SEGEN, derivatively on behalf of APPLIED MICRO CIRCUITS CORPORATION, INC.,<br><br>    Plaintiff<br><br>v.<br><br>DAVID M. RICKEY, WILLIAM E. BENDUSH, and APPLIED MICRO CIRCUITS CORPORATION,<br><br>    Defendants. | LEAD CASE NO.: C 07-2917 MJJ<br><br>**CERTIFICATE OF SERVICE**<br><br>DATE:    September 11, 2007<br>TIME:    2:00 p.m.<br><br>JUDGE:   Honorable Martin J. Jenkins |

CERTIFICATE OF SERVICE,
CASE NO. C 07-02917 MJJ

Certificate of Service 08-28-07 (YMC).doc

**CERTIFICATE OF SERVICE**

I, Yvonne M. Corbin, declare:

I am employed in Santa Clara County, State of California. I am over the age of 18 years and not a party to the within action. My business address is Wilson Sonsini Goodrich & Rosati, 650 Page Mill Road, Palo Alto, California 94304-1050.

On this date, I served:

1. **NOMINAL DEFENDANT APPLIED MICRO CIRCUITS CORPORATION'S NOTICE OF MOTION AND MOTION TO DISMISS COMPLAINT; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF;**

2. **REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF NOMINAL DEFENDANT APPLIED MICRO CIRCUITS CORPORATION'S MOTION TO DISMISS COMPLAINT;**

3. **DECLARATION OF DALE. R. BISH IN SUPPORT OF NOMINAL DEFENDANT APPLIED MICRO CIRCUITS CORPORATION'S MOTION TO DISMISS; and**

4. **(PROPOSED) ORDER GRANTING NOMINAL DEFENDANT APPLIED MICRO CIRCUITS CORPORATION'S MOTION TO DISMISS COMPLAINT.**

☒ By placing the document(s) in a sealed envelope for collection and mailing with the United States Postal Service on this date to the following person(s):

**SEE ATTACHED SERVICE LIST`**

☐ By consigning the document(s) to an express mail service for guaranteed next day delivery to the following person(s):

☐ By consigning the document(s) to a messenger for guaranteed hand delivery on this date to the following person(s):

☐ By consigning the document(s) to a facsimile operator for transmittal on this date to the following person(s):

☐ By forwarding the document(s) by electronic transmission on this date, in compliance with Civil L.R. 23-2, to the Designated Internet Site(s) listed below:

1   I am readily familiar with Wilson Sonsini Goodrich & Rosati's practice for collection and
2   processing of documents for delivery according to instructions indicated above. In the ordinary
3   course of business, documents would be handled accordingly.
4   I declare under penalty of perjury under the laws of the United States that the foregoing is
5   true and correct. Executed at Palo Alto, California on August 28, 2007.

*[signature]*
Yvonne M. Corbin

**SERVICE LIST**

| | | |
|---|---|---|
| **\*** Robert C. Schubert, Esq.<br>* Willem F. Jonckheer, Esq.<br>Schubert & Reed LLP<br>Three Embarcadero Center, Suite 1650<br>San Francisco, CA 94111<br>Telephone: (415) 788-4220<br>Facsimile: (415) 788-0161<br>Email: rschubert@schubert-reed.com<br>Email: wjonckheer@schubert-reed.com | representing | **Leon S. Segen**<br>*(Plaintiff)* |
| * Glenn F. Ostrager, Esq.<br>Ostrager Chong Flaherty & Broitman P.C.<br>570 Lexington Avenue<br>New York, NY 10022<br>Telephone: (212) 681-0600<br>Facsimile: (212) 681-0300<br>Email: gostrager@ocfblaw.com | representing | **Leon S. Segen**<br>*(Plaintiff)* |
| * Paul D. Wexler, Esq.<br>Bragar Wexler & Eagel, P.C.<br>885 Third Avenue<br>New York, NY 10022<br>Telephone: (212) 308-5858<br>Facsimile: (212) 486-0462<br>Email: wexler@bragarwexler.com | representing | **Leon S. Segen**<br>*(Plaintiff)* |
| James J. Brosnahan, Esq.<br>D. Anthony Rodriguez, Esq.<br>Morrison & Foerster LLP<br>425 Market Street<br>San Francisco, CA 94105<br>Telephone: (415) 268-7000<br>Facsimile: (415) 268-7522<br>Email: jbrosnahan@mofo.com | representing | **David M. Rickey**<br>*(Defendant)* |
| Timothy A. Horton, Esq.<br>McKenna Long & Aldridge LLP<br>750 B Street, Suite 3300<br>San Diego, CA 92101<br>Telephone: (619) 595-5400<br>Facsimile: (619) 595-5450<br>Email: thorton@mckennalong.com | representing | **William E. Bendush**<br>*(Defendant)* |

\* Denotes service via Electronic Case Filing system.