JAMES J. BROSNAHAN (CA SBN 34555)
D. ANTHONY RODRIGUEZ (CA SBN 162587)
GEOFFREY GRABER (CA SBN 211547)
TRodriguez@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone:   415.268.7000
Facsimile:   415.268.7522

Attorneys for Defendant
DAVID M. RICKEY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LEON S. SEGEN, derivatively and on behalf of APPLIED MICRO CIRCUITS CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>DAVID M. RICKEY, WILLIAM M. BENDUSH, and APPLIED MICRO CIRCUITS CORPORATION,<br><br>Defendants. | Case No.   07-2917 MJJ<br><br>**DECLARATION OF GEOFFREY GRABER IN SUPPORT OF DAVID M. RICKEY'S MOTION TO DISMISS PLAINTIFF'S VERIFIED COMPLAINT**<br><br>Date:   November 27, 2007<br>Time:   9:30 a.m.<br>Courtroom:   11<br>Judge:   Martin J. Jenkins<br><br>Action Filed:   June 5, 2007<br>Trial Date:   Not Set |

GRABER DECLARATION IN SUPPORT OF RICKEY'S MOTION TO DISMISS
CV07-2917-MJJ
sf-2379608

1  I, GEOFFREY GRABER, declare:

2  1. I am an attorney duly licensed to practice law in the State of California. I am an associate at the law firm of Morrison & Foerster LLP, counsel for Defendant David M. Rickey in the above-entitled matter. I make this Declaration in connection with Mr. Rickey's Motion to Dismiss Plaintiff's Verified Complaint. I have personal knowledge of the facts herein and, if called as a witness, could testify competently thereto.

2. Attached hereto as Exhibit A is a true and correct copy of the 2005 Proxy Statement of Applied Micro Circuits Corporation, filed with the Securities and Exchange Commission on July 11, 2005.

3. For the convenience of the court attached hereto as Exhibit B is a true and correct copy of the slip opinion from *Olagues v. Semel*, 2007 WL 2188105 (N.D. Cal. 2007).

4. For the convenience of the court attached hereto Exhibit C is a true and correct copy of the slip opinion from *Roth v. Reyes*, 2007 U.S. Dist. LEXIS 14532 (N.D. Cal., Feb. 13, 2007).

5. For the convenience of the court attached hereto Exhibit D is at true and correct copy of the Order in *Roth v. Reyes*, No. C 06-02786 CRB, entered on August 27, 2007.

Executed this 28th day of August 2007, in San Francisco, California.

I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct.

Geoffrey Graber