1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LEON S. SEGEN, derivatively and on behalf of APPLIED MICRO CIRCUITS CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>DAVID M. RICKEY, WILLIAM M. BENDUSH, and APPLIED MICRO CIRCUITS CORPORATION,<br><br>Defendants. | Case No.   07-2917 MJJ<br><br>**[PROPOSED] ORDER GRANTING DAVID M. RICKEY'S MOTION TO DISMISS PLAINTIFF'S VERIFIED COMPLAINT**<br><br>Date:          November 27, 2007<br>Time:         9:30 a.m.<br>Courtroom: 11<br>Judge:        Hon. Martin J. Jenkins<br><br>Action Filed: June 5, 2007<br>Trial Date:    Not Set |

[PROPOSED] ORDER GRANTING DAVID M. RICKEY'S MOTION TO DISMISS
CV07-2917-MJJ
sf-2380345

1   Defendant David M. Rickey's Motion to Dismiss came for hearing before this Court on
2   November 27, 2007.
3   Having considered the briefs and oral argument of the parties, this Court finds that
4   Plaintiff's claim under Section 16(b) of the Exchange Act of 1934 fails to state a claim on which
5   relief may be granted.  Accordingly:
6   IT IS HEREBY ORDERED THAT, Mr. Rickey's Motion To Dismiss is GRANTED, and
7   Plaintiff's cause of action under Section 16(b) is DISMISSED WITH PREJUDICE.

9   IT IS SO ORDERED.

11  Dated:_____, 2007

           Hon. Martin J. Jenkins
           United States District Judge

[PROPOSED] ORDER GRANTING DAVID M. RICKEY'S MOTION TO DISMISS
CV07-2917-MJJ
sf-2380345