CHRISTIAN D. HUMPHREYS (SBN 174802)
E-mail: chumphreys@mckennalong.com
TIMOTHY A. HORTON (SBN 205414)
E-mail: thorton@mckennalong.com
AMY H. LJUNGDAHL (SBN 234711)
E-mail: aljungdahl@mckennalong.com
MCKENNA LONG & ALDRIDGE LLP
Suite 3300, Symphony Towers
750 B Street
San Diego, CA 92101
Telephone:    (619) 595-5400
Facsimile:    (619) 595-5450

Attorneys for Defendant
WILLIAM E. BENDUSH

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| LEON S. SEGEN, derivatively on behalf of APPLIED MICRO CIRCUITS CORPORATION, INC., <br><br> Plaintiff, <br><br> v. <br><br> DAVID M. RICKEY, WILLIAM E. BENDUSH, and APPLIED MICRO CIRCUITS CORPORATION, <br><br> Defendants. | CASE NO. C 07-2917 MJJ <br><br> **DEFENDANT WILLIAM E. BENDUSH'S NOTICE OF JOINDER AND JOINDER IN NOMINAL DEFENDANT APPLIED MICRO CIRCUITS CORPORATION'S REQUEST FOR JUDICIAL NOTICE** <br><br> Date:    November 27, 2007 <br> Time:    9:30 a.m. <br> Dept.:   11 <br> Judge:   Hon. Martin J. Jenkins |

McKENNA LONG &
ALDRIDGE LLP
ATTORNEYS AT LAW
SAN DIEGO

C 07-2917 MJJ

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Defendant William E. Bendush hereby joins in Nominal Defendant Applied Micro Circuits Corporation's ("AMCC") Request for Judicial Notice and the papers in support thereof. This Joinder is proper because Defendant Bendush is similarly situated to Nominal Defendant AMCC, and the argument, theories and other matters presented by Defendant AMCC is equally applicable to Defendant Bendush.

Dated: August 28, 2007

McKENNA LONG & ALDRIDGE LLP

By:/s/Timothy A. Horton
   Robert S. Brewer, Jr.
   Timothy A. Horton
   Amy H. Ljungdahl

Attorneys for Defendant
WILLIAM E. BENDUSH

SD:22159466.1