1  CHRISTIAN D. HUMPHREYS (SBN 174802)
   E-mail: chumphreys@mckennalong.com
2  TIMOTHY A. HORTON (SBN 205414)
   E-mail: thorton@mckennalong.com
3  AMY H. LJUNGDAHL (SBN 234711)
   E-mail: aljungdahl@mckennalong.com
4  MCKENNA LONG & ALDRIDGE LLP
   Suite 3300, Symphony Towers
5  750 B Street
   San Diego, CA  92101
6  Telephone:    (619) 595-5400
   Facsimile:    (619) 595-5450
7

8  Attorneys for Defendant
   WILLIAM E. BENDUSH
9

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| LEON S. SEGEN, derivatively on behalf of APPLIED MICRO CIRCUITS CORPORATION, INC.,<br><br>Plaintiff,<br><br>v.<br><br>DAVID M. RICKEY, WILLIAM E. BENDUSH, and APPLIED MICRO CIRCUITS CORPORATION,<br><br>Defendants. | CASE NO.  C 07-2917 MJJ<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT WILLIAM E. BENDUSH'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT**<br><br>Date:    November 27, 2007<br>Time:    9:30 a.m.<br><br>Judge:   Hon. Martin J. Jenkins |

MCKENNA LONG &
ALDRIDGE LLP
ATTORNEYS AT LAW
SAN DIEGO

C 07-2917 MJJ

Defendant William E. Bendush has moved this Court for an order dismissing Plaintiff Leon S. Segen's Verified Complaint for Violation of the Securities Exchange Act of 1934 with prejudice pursuant to Rules 9(b) and 12(b)(6) of the Federal Rules of Civil Procedure.

The Court, having considered the briefs and other materials in support of and in opposition to the motion and having heard the arguments of counsel, finds as follows:

IT IS HEREBY ORDERED that Defendant William E. Bendush's Motion to Dismiss is GRANTED, and the Complaint is dismissed with prejudice and without leave to amend.

**IT IS SO ORDERED.**

Dated: _____, 2007          By:_____
                                              THE HONORABLE MARTIN J. JENKINS
                                              United States District Judge

SD:22159451.1

McKenna Long &
Aldridge LLP
Attorneys At Law
San Diego

- 1 -                                         C 07-2917 MJJ