CHRISTIAN D. HUMPHREYS (SBN 174802)
E-mail: chumphreys@mckennalong.com
TIMOTHY A. HORTON (SBN 205414)
E-mail: thorton@mckennalong.com
AMY H. LJUNGDAHL (SBN 234711)
E-mail: aljungdahl@mckennalong.com
MCKENNA LONG & ALDRIDGE LLP
Suite 3300, Symphony Towers
750 B Street
San Diego, CA 92101
Telephone:    (619) 595-5400
Facsimile:     (619) 595-5450

Attorneys for Defendant
WILLIAM E. BENDUSH

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| LEON S. SEGEN, derivatively on behalf of APPLIED MICRO CIRCUITS CORPORATION, INC.,<br><br>Plaintiff,<br><br>v.<br><br>DAVID M. RICKEY, WILLIAM E. BENDUSH, and APPLIED MICRO CIRCUITS CORPORATION,<br><br>Defendants. | CASE NO. C 07-2917 MJJ<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS BY DEFENDANT WILLIAM E. BENDUSH**<br><br>Courtroom:    11<br>Judge:         Hon. Martin J. Jenkins |

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, no "interest" as defined in Civil L.R. 3-16 is known other than that of the named parties to the action.

Dated: August 28, 2007

McKENNA LONG & ALDRIDGE LLP

By:/s/Timothy A. Horton
    Robert S. Brewer, Jr.
    Timothy A. Horton
    Amy H. Ljungdahl

Attorneys for Defendant
WILLIAM E. BENDUSH

SD:22159444.1