1    Leon S. Segen, etc. v. David M. Rickey, et al.
     Case No. C 07-2917 MJJ
2

3                          **CERTIFICATE OF SERVICE**

4

5          I hereby certify that a copy of the following document(s):

6    *NOTICE OF MOTION AND MOTION TO DISMISS COMPLAINT FOR*
     *VIOLATION OF THE SECURITIES EXCHANGE ACT OF 1934 BY DEFENDANT*
7    *WILLIAM E. BENDUSH; MEMORANDUM OF POINTS AND AUTHORITIES*

8    *DEFENDANT WILLIAM E. BENDUSH'S NOTICE OF JOINDER AND JOINDER*
     *IN NOMINAL DEFENDANT APPLIED MICRO CIRCUITS CORPORATION'S*
9    *REQUEST FOR JUDICIAL NOTICE*

10   *[PROPOSED] ORDER GRANTING DEFENDANT WILLIAM E. BENDUSH'S*
     *MOTION TO DISMISS PLAINTIFF'S COMPLAINT*
11

12   *CERTIFICATION OF INTERESTED ENTITIES OR PERSONS BY DEFENDANT*
     *WILLIAM E. BENDUSH*
13

14   were served upon all counsel of record via CM/ECF as indicated/listed on the United States
     District Court, Northern District of California's CM/ECF registered email list in the above-
15   referenced matter (as set forth below):

16   *Attorneys for Plaintiff Leon S. Segen*          *Robert C. Schubert, Esq.*
                                                       *Willem F. Jonckheer, Esq.*
17                                                     *Schubert & Reed LLP*
                                                       *Three Embarcadero Center, Suite 1650*
18                                                     *San Francisco, CA 94111*
                                                       *(415) 788-4220 / Fax (415) 788-0161*
19                                                     *rschubert@schubert-reed.com*
                                                       *wjonckheer@schubert-reed.com*
20

21   *Attorneys for Plaintiff Leon S. Segen*          *Glenn F. Ostrager, Esq.*
                                                       *Ostrager Chong Flaherty & Broitmann*
22                                                     *570 Lexington Avenue*
                                                       *New York, NY 10022*
23                                                     *(212) 681-0600 / Fax (212) 681-0300*
                                                       *gostrager@ocfblaw.com*
24

25

26

27

28

McKENNA LONG &
ALDRIDGE LLP
ATTORNEYS AT LAW
SAN DIEGO

1  *Attorneys for Plaintiff Leon S. Segen*       Paul D. Wexler, Esq.

2       Brager Wexler & Eagel
   885 Third Avenue

3       New York, NY 10022
   (212) 308-5858 / Fax (212) 486-0462

4       Wexler@bragarwexler.com

5  *Attorneys for Defendant David M. Rickey*       James J. Brosnahan, Esq.
   D. Anthony Rodriguez, Esq.

6       Morrison & Foerster

7       425 Market Street
   San Francisco, CA 94105

8       (415) 268-7000 / Fax (415) 268-7522
   jbrosnahan@mofo.com

9       drodriguez@mofo.com

10 *Attorneys for Nominal Defendant Applied*       Douglas J. Clark, Esq.
   *Micro Circuits Corporation*       Daniel W. Turbow, Esq.

11      Wilson Sonsini Goodrich & Rosati
   650 Page Mill Road

12      Palo Alto, CA 94304
   (650) 493-9300 / Fax (650) 565-5100

13      dturbow@wsgr.com

14

15      Executed this 28th day of August, 2007, at San Diego, California.

16

17      Leslie D. Sharpe

18

19

20

21

22

23

24

25

26

27

28