UNITED STATES DISTRICT COURT
NORTHERN DISTRICT of CALIFORNIA

## CIVIL MINUTES

**Judge:** **MARTIN J. JENKINS**

**Date**: December 11, 2007

**Case No:** C 07-02917 MJJ

**Case Title**: LEON SEGEN  v.  DAVID RICKEY, et al.

**Appearances:**

    For Plaintiff(s): Glenn Ostrager, Willem Jonckheer

    For Defendant(s): Dale Bish, James Brosnahan, Anthony Rodriguez, Daniel Turbow, Timothy Horton

**Deputy Clerk**:  Rowena B. Espinosa    **Court Reporter**: Katherine Powell

## PROCEEDINGS

1.  Hearing on Defendants' Motions to Dismiss - held

MOTION/MATTER:  ( ) Granted
               ( ) Denied
               ( ) Granted in part/Denied in part
               (X) Taken under submission
               ( ) Withdrawn/Off Calendar
               ( ) Continued to:

Order to be prepared by:    ( ) Plaintiff   ( ) Defendant   (X) Court