**United States District Court**
**Northern District of California**

# UNITED STATES DISTRICT COURT

**Northern District of California**

| | |
|---|---|
| Segen,<br><br>              Plaintiff(s),<br><br>   v.<br><br>Rickey,<br><br>              Defendant(s). | 07-02917 MJJ<br><br>**NOTICE RE: NONCOMPLIANCE WITH COURT ORDER** |

The parties have failed to file an ADR Certification and either a Stipulation and [Proposed] Order Selecting an ADR Process or a Notice of Need for ADR Phone Conference as required by the Initial Case Management Scheduling Order.  Counsel shall Meet and Confer forthwith in an attempt to agree on an ADR process for this matter.  Thereafter, counsel, on behalf of themselves and each party, promptly shall file an **ADR Certification** and either 1) a **Stipulation and [Proposed] Order Selecting ADR Process**, or 2) a **Notice of Need for ADR Phone Conference** (Civil L.R. 16-8(b), ADR L. R. 3-5(b) Civil L.R. 16-8(c), ADR L. R. 3-5(c), (d)).  (These forms are available at www.adr.cand.uscourts.gov.)

Further, in accordance with ADR L.R. 3-5(e) counsel shall concurrently provide a copy of all documents filed pursuant to this notice directly to the ADR Unit either by fax (415-522-4112), hand delivery (ADR Program, USDC, Northern District of California,

---

**Notice Re: Noncompliance With Court Order**
07-02917 MJJ                                              -1-

1  450 Golden Gate Avenue, 16th Floor, San Francisco, California), or by PDF attachment
2  to an e-mail directed to adr@cand.uscourts.gov.
3
4      It is the responsibility of counsel to schedule an ADR Phone Conference, if
5  required, to occur <u>before</u> the Case Management Conference.
6
7
8  Dated: February 20, 2008

                RICHARD W. WIEKING
                Clerk
                by:   Timothy J. Smagacz

                */s/ Timothy Smagacz*
                _____
                ADR Administrative Assistant
                415-522-4205
                Tim_Smagacz@cand.uscourts.gov

**United States District Court**
**Northern District of California**

**Notice Re: Noncompliance With Court Order**
07-02917 MJJ                -2-

PROOF OF SERVICE

Case Name:     Segen v. Rickey

Case Number:   07-02917 MJJ

I declare that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California. I am over the age of eighteen (18) years and not a party to the action. My business address is:

> ADR Program
> United States District Court
> Norther District of California
> 450 Golden Gate Avenue Floor 16
> San Francisco, CA 94102

On February 20, 2008, I served a true and correct copy of:

**Notice Re: Noncompliance With Court Order**

[X] electronically, I caused said documents to be transmitted using ECF as specified by General Order No. 45 to the following parties:

> Willem F. Jonckheer
> Schubert & Reed LLP
> Three Embarcadero Center
> Suite 1650
> San Francisco, CA 94111
> wjonckheer@schubert-reed.com
>
> Paul D. Wexler
> Bragar Wexler & Eagel, P.C.
> 885 Third Avenue
> New York, NY 10022
> wexler@bragarwexler.com
>
> Robert C. Schubert
> Schubert & Reed LLP
> Three  Embarcadero Center
> Suite 1650
> San Francisco, CA 94111
> rschubert@schubert-reed.com
>
> Glenn F. Ostrager

Ostrager Chong Flaherty & Broitman P.C.
570 Lexington Avenue
17th Floor
New York, NY 10022-6894
gostrager@ocfblaw.com

Aaron H. Darsky
Schubert & Reed LLP
Three Embarcadero Center
Suite 1650
San Francisco, CA 94111
adarsky@schubert-reed.com

Dana Anthony Rodriguez
Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105-2482
drodriguez@mofo.com

Timothy Alan Horton
McKenna Long & Aldridge LLP
750 B Street, Suite 3300
San Diego, CA 92101
thorton@mckennalong.com

Daniel Wagner Turbow
Wilson Sonsini Goodrich & Rosati
650 Page Mill Road
Palo Alto, CA 94304
dturbow@wsgr.com

Douglas John Clark
Wilson Sonsini Goodrich & Rosati
650 Page Mill Road
Palo Alto, CA 94304-1050
dclark@wsgr.com


[ ] by Facsimile, I caused said documents to be transmitted to the following parties by fax machine:

[ ] by U. S. Mail, I placed a true copy in a sealed envelope with postage fully prepaid in the United States Post Office Mail Box in San Francisco, California, addressed as follows:

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on February 20, 2008 in San Francisco, California.

RICHARD W. WIEKING
Clerk
by:    Timothy J. Smagacz

*Timothy Smagacz*

ADR Administrative Assistant
415-522-4205
Tim_Smagacz@cand.uscourts.gov