IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

**LEON S. SEGEN, et al.,**

        Plaintiff(s),

  v.

**DAVID M. RICKEY, et al.,**

        Defendant(s),
                                      /

No. **C07-02917 MJJ**

**Clerk's Notice**

(Plaintiff is required to serve, and file proof of service with the Court, any party involved not listed on the attached proof of service.)

YOU ARE NOTIFIED THAT the **Case Management Conference** scheduled for **Tuesday, March 11, 2008,** before the Honorable Martin J. Jenkins is hereby **vacated.**

Dated: February 21, 2008

FOR THE COURT,

Richard W. Wieking, Clerk

By: /s/ M. Narcisse

Monica Narcisse
Courtroom Deputy

Please refer to Judge Jenkins' Standing Order located at www.cand.uscourts.gov for additional information. Pursuant to the Standing Order, the rescheduling of a hearing date for a motion does not change the date on which an opposition brief or reply brief is due; any opposition brief remains due not less than 21 days prior to the date of the *originally noticed* hearing and any reply brief is due not less than 14 days prior to the *originally noticed* hearing date.