IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEON S. SEGEN,<br><br>   Plaintiff,<br><br>   v.<br><br>DAVID M. RICKEY,<br><br>   Defendant.<br>_____/ | No. CV 07-02917 MJJ<br><br>**JUDGMENT IN A CIVIL CASE** |

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED**

Defendants' Motion To Dismiss is **GRANTED.**

Dated:    2/29/2008                                          Richard W. Wieking, Clerk

By: *MNarcisse*
Monica Narcisse, Deputy Clerk