UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
**NOTICE OF APPEAL NOTIFICATION FORM**
Please Fill Out Completely

April 1, 2008

**CASE INFORMATION:**
Short Case Title:  <u>LEON S. SEGEN</u>-v- <u>DAVID M. RICKEY</u>
Court of Appeals No. (leave blank if a unassigned
U.S. District Court, Division & Judge Name: <u>San Francisco division ~ Judge Martin J. Jenkins</u>
Criminal and/or Civil Case No.: <u>CV 07-02917 MJJ</u>
Date Complaint/Indictment/Petition Filed: <u>3/26/08</u>
Date Appealed order/judgment *entered* <u>2/29/08</u>
Date NOA *filed* <u>3/26/08</u>
Date(s) of Indictment         Plea Hearing                    Sentencing

COA Status (check one):    ☐ granted in full (attach order)       ☐ denied in full (send record)
                           ☐ granted in part (attach order)       ☐ pending

Court Reporter(s) Name & Phone Number: <u>Katherine Powell (415) 794-6659</u>

*Magistrate Judge's Order?  If so, please attach.*

**FEE INFORMATION**
Date Docket Fee Paid: <u>3/26/08</u>                    Date Docket Fee Billed:
Date FP granted:                                         Date FP denied:
Is FP pending? ☐ yes  ☐ no                              Was FP limited ☐? Revoked ☐?
US Government Appeal? ☐ yes  ☐ no
Companion Cases?  Please list:

*Please attach copy of any order granting, denying or revoking FP.*

**COUNSEL INFORMATION** (Please include email address)
<u>Appellate Counsel:</u>                      <u>Appellee Counsel:</u>
see docket sheet                               see docket sheet



☐ retained  ☐ CJA  ☐ FPD  ☐ Pro Se  ☐ Other    *Please attach appointment order.*

**DEFENDANT INFORMATION**
Prisoner ID:                                   Address:
Custody:
Bail:


**AMENDED NOTIFICATION INFORMATION**
Date Fees Paid:                     9th Circuit Docket Number:


Name & Phone Number of Person Completing this Form: <u>Sheila Rash</u>
                                                     (415) 522-2099