# United States District Court
## Northern District of California
### Transcript Designation and Ordering Form

U.S. Court of Appeals Case No. 08-15758

U.S. District Court Case No. C 07-2917 MJJ

Short Case Title  Segen v. Rickey

Date Notice of Appeal Filed by Clerk of District Court  03/26/08

**FILED**
APR 2 5 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**SECTION A** - To be completed by party ordering transcript.

| HEARING DATE | COURT REPORTER | HEARING TYPE |
|---|---|---|
| 12/11/07 | Katherine A. Powell | Motion to Dismiss |

(attach additional page for designations if necessary)

[X] I do not intend to designate any portion of the transcript and will notify all counsel of this intention.
**See Attachment**

[ ] As retained counsel (or litigant proceeding in pro per), I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order.

[ ] As appointed counsel I certify that an appropriate order authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof, will be, obtained and delivered to the reporter. I agree to recommend payment for work done prior to cancellation of this order.

Name, Address and Telephone number of Attorney/Pro Per Litigant

Willem F. Jonckheer, Esq.
Schubert & Reed LLP
3 Embarcadero Center
Suite 1650
San Francisco, CA 94111

Date Transcript Ordered April 25, 2008

_____
Signature Attorney/Pro Per Litigant

This form is divided into five parts. It should be used to comply with the Federal Rules of Appellate Procedure and the Local Rules of the U.S. Court of Appeals for the Ninth Circuit regarding the designation and ordering of court reporter's transcripts.

Please note the specific instructions below. If there are further questions, contact the District Court Clerk's Office in which your case was filed: San Francisco (415) 522-2000; San Jose (408) 535-5363; or Oakland (510) 637-3530.

**SPECIFIC INSTRUCTIONS FOR ATTORNEYS**
(1) Pick up form from district court clerk's office when filing the notice of appeal or download an interactive version of form from www.cand.uscourts.gov.
(2) Complete Section A, place additional designations on blank paper if needed.
(3) Send Copy 1 to District Court.
(4) Send Copy 4 to opposing counsel. Make additional photocopies if necessary.
(5) Send Copies 2 and 3 to court reporter(s). Contact court reporter(s) to make further arrangements for payment.
(6) Continue to monitor progress of transcript preparation.

COPY ONE

ATTACHMENT TO TRANSCRIPT DESIGNATION AND ORDERING FORM

By filing with the 9th Circuit dated April 21, 2008, appellees advised that they deem the December 11, 2007 transcript necessary for this appeal. However, appellant's counsel believes that no additional transcript order is necessary. The transcript for the December 11, 2007 hearing was previously ordered by appellant's counsel, and received by them on December 21, 2007. The transcript appears as item 30 in the docket of Segen v. Rickey, 07-CV-2917 MJJ.