UNITED STATES DISTRICT COURT
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov

Richard W. Wieking
Clerk

April 30, 2008

**FILED**
MAY 0 2 2008
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

General Court Number
415.522.2000

**FILED**
MAY - 7 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Clerk
U.S. Court of Appeals
For the Ninth Circuit
P.O. Box 193939
San Francisco, CA 94119-3939

CASE NUMBER: CV 07-02917 MJJ

CASE TITLE: LEON S. SEGEN-v-DAVID M. RICKEY

USCA Case Number: 08-15758

Dear Sir/Madam:

Enclosed is the **Certificate of Record** in the above captioned case. Please acknowledge receipt on the enclosed copy of this letter and return it to this office.

Sincerely,

RICHARD W. WIEKING, Clerk

by: Sheila Kash
Case Systems Administrator

cc: Counsel of Record