**FILED**

UNITED STATES COURT OF APPEALS

AUG 08 2008

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| LEON S. SEGEN, derivatively and on behalf of Applied Micro Circuits Corporation,<br><br>          Plaintiff - Appellant,<br><br>  v.<br><br>DAVID M. RICKEY; et al.,<br><br>          Defendants - Appellees. | No. 08-15758<br><br>D.C. No. 3:07-CV-02917-MJJ<br>Northern District of California,<br>San Francisco<br><br><br>ORDER |

      The parties have stipulated to the dismissal of this appeal under Fed. R. App. P. 42(b). This appeal is dismissed with prejudice. Cost and fees shall be allocated according to the provisions of the stipulation. A copy of this order shall act as and for the mandate of this court.

                            For the Court:
                            MOLLY C. DWYER
                            Clerk of the Court:

                            Cathie A. Gottlieb
                            Deputy Clerk
                            Ninth Cir. R. 27-7/Advisory Note to Rule 27
                                and Ninth Circuit 27-10

8.04/cag/Pro Mo