**UNITED STATES DISTRICT COURT**
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102
_____
www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

August 29, 2008

CASE NUMBER: **CV 07-02917 MJJ**
CASE TITLE: **LEON S. SEGEN -v- DAVID M. RICKEY**
DATE MANDATE FILED: 8/29/08

TO COUNSEL OF RECORD:

    The mandate of the United States Court of Appeals for the Ninth Circuit has been filed in the above captioned case.

Sincerely,

RICHARD W. WIEKING, Clerk

by: *Sheila Rash*
Case Systems Administrator

Distribution:  CIVIL   -   Counsel of Record

                CRIMINAL  -   Counsel of Record
                                     U.S. Marshal (Copy of Mandate)
                                     U.S. Probation Office

NDC App-16